## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

MERIX PHARMACEUTICAL CORP.  )
)  Case No:  11 C 3318
v.  )
)  Judge:  Matthew F. Kennelly
CLINICAL SUPPLIES MANAGEMENT  )

### ORDER

The Court hereby authorizes the attorneys working on the above case to bring food and beverages into the Dirksen Federal Building for the duration of the jury trial, which is expected to last through 9/19/2014.

Date: September 8, 2014                   /s/ Judge Matthew F. Kennelly