UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Merix Pharmaceutical Corporation
             Plaintiff,

v.                    Case No.: 1:11−cv−03318
                   Honorable Matthew F. Kennelly

Clinical Supplies Management, Inc., et al.
             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Sunday, September 14, 2014:

  MINUTE entry before the Honorable Matthew F. Kennelly: The parties have advised the Court via e−mail that they are in the process of paring their designations of testimony from depositions. They are directed to excise from the material to be played to the jury withdrawn designations on which both sides agree. There are some situations where one side's withdrawal of a designation has led the other side to include the same material; that material should not be excised. In addition, each side has requested reconsideration of certain rulings the Court has made on objections to designated testimony. The Court rules as follows. <u>Clauson deposition</u>: Plaintiff has asked the Court to reconsider its ruling excluding two passages from the Clauson deposition. The Court declines to reconsider its ruling excluding pages 327:7–328:8 pursuant to Rule 403. The Court reconsiders its ruling excluding pages 187:11–19 and finds this passage relevant and properly admissible. <u>Purdy deposition</u>: Defendant has asked the Court to reconsider its ruling allowing a passage from the Purdy deposition. The Court reconsiders its ruling regarding pages 187:19–189:13 and excludes that passage based on its partial ruling on defendant 9;s motion for summary judgment. The parties are to make the necessary adjustments to the material to be played to the jury from these depositions. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.