**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Merix Pharmaceutical Corporation
                              Plaintiff,

v.                                        Case No.: 1:11−cv−03318
                                                Honorable Matthew F. Kennelly

Clinical Supplies Management, Inc., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, September 22, 2014:

      MINUTE entry before the Honorable Matthew F. Kennelly: Jury trial held. Jury reached a verdict. Jury returns a verdict in favor of defendant and against plaintiff for first claim; in favor of defendant and against plaintiff for second claim. Judgment to be entered in favor of defendant. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.