# UNITED STATES DISTRICT COURT
for the
## Northern District of Illinois

MERIX PHARMACEUTICAL CORPORATION )
)
)
CLINICAL SUPPLIES MANAGEMENT, INC. ) Civil Action No. 11 C 3318
)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

[X] other: Judgment is entered in favor of defendant.

This action was *(check one)*:

[x] tried by a jury with Judge  Matthew F. Kennelly  presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____

Date:  Sep 22, 2014

Thomas G. Bruton, Clerk of Court

/s/  Pamela J. Geringer