# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

MERIX PHARMACEUTICAL CORPORATION, )
                                       )
                 Plaintiff,    )  Case No. 1:11-cv-03318
                                         )
v.                                    )  Judge: Hon. Matthew F. Kennelly
                                       )
CLINICAL SUPPLIES MANAGEMENT, INC.,   )
                                       )
              Defendant.   )

## ITEMIZATION OF BILL OF COSTS

    True and correct copies of invoices corroborating the costs itemized below are attached as Group Exhibit 1:

1. **<u>Deposition Transcripts</u>: $19,928.17**

    a.  <u>Deponent</u>: Angela Buchanan

        i.  Date: June 6, 2013

        ii.  Pages / Cost: 174 pages x $2.40 per page

        iii.  Exhibits / Cost: $106.19 ÷ 4 = $26.50

        iv.  Actual Cost: $441.10

        v.  Reduced Cost: N/A (deposition arranged by Merix). See *Haroco, Inc. v. Am. Nat. Bank & Trust,* 38 F.3d 1429, 1441 (7th Cir. 1994).

    b.  <u>Deponent</u>: Jennifer Lauinger

        i.  Date: June 6, 2013

        ii.  Pages / Cost: 195 pages x $2.40 per page

        iii.  Exhibits / Cost: $106.19 ÷ 4 = $26.50

        iv.  Actual Cost: $494.50

        v.  Reduced Cost: N/A (deposition arranged by Merix). See *Haroco, Inc. v. Am. Nat. Bank & Trust,* 38 F.3d 1429, 1441 (7th Cir. 1994).

c. <u>Deponent</u>: Jessica Mather

    i. Date: June 5, 2013

    ii. Pages / Cost: 87 pages x $2.40 per page

    iii. Exhibits / Cost: $106.19 ÷ 4 = $26.50

    iv. Appearance Fee: N/A

    v. Actual Cost: $235.30

    vi. Reduced Cost: N/A (deposition arranged by Merix). See *Haroco, Inc. v. Am. Nat. Bank & Trust,* 38 F.3d 1429, 1441 (7th Cir. 1994).

d. <u>Deponent</u>: Brian Moe

    i. Date: June 5, 2013

    ii. Pages / Cost: 270 pages x $2.40 per page

    iii. Exhibits / Cost: $106.19 ÷ 4 = $26.50

    iv. Appearance Fee: N/A

    v. Actual Cost: $674.50

    vi. Reduced Cost: N/A (deposition arranged by Merix). See *Haroco, Inc. v. Am. Nat. Bank & Trust,* 38 F.3d 1429, 1441 (7th Cir. 1994).

e. <u>Deponent</u>: Richard Manning

    i. Date: October 2, 2013

    ii. Pages / Cost: 362 pages x $2.96 per page = $1,071.52

    iii. Exhibits / Cost: 363 pages x $.45 per page = $163.35

    iv. Appearance Fee: N/A

    v. Actual Cost: $1,234.87

    vi. Reduced Cost: N/A (deposition arranged by Merix). See *Haroco, Inc. v. Am. Nat. Bank & Trust,* 38 F.3d 1429, 1441 (7th Cir. 1994).

    f.  <u>Deponent</u>: Vicki Clauson

        i.  Date: February 25, 2013

        ii.  Pages / Cost: 428 pages x $3.30 per page = $1,412.40

        iii.  Exhibits / Cost:  653 pages x $.65= $427.85

        iv.  Appearance Fee:  N/A

        v.  Total Cost:  $1,840.25

        vi.  Reduced Cost:  N/A (deposition arranged by Merix).  See *Haroco, Inc. v. Am. Nat. Bank & Trust,* 38 F.3d 1429, 1441 (7th Cir. 1994).

    g.  <u>Deponent</u>: Lawrence Weinstein

        i.  Date: August 12, 2014

        ii.  Pages / Cost:  235 pages x $4.75 per page = $1,330.00

        iii.  Exhibits / Cost:  235 pages x $1.35 per page = $317.25

        iv.  Appearance Fee:  N/A

        v.  Actual Cost:  $1,647.25

        vi.  Reduced Cost:  N/A (deposition arranged by Merix).  See *Haroco, Inc. v. Am. Nat. Bank & Trust,* 38 F.3d 1429, 1441 (7th Cir. 1994).

    h.  <u>Deponent</u>: Maxine Fritz

        i.  Date: October 11, 2013

        ii.  Pages / Cost:  193 pages x $3.47 = $670.00

        iii.  Exhibits / Cost:  N/A

        iv.  Appearance Fee:  N/A

        v.  Actual Cost:  $670.00

        vi.  Reduced Cost:  N/A (deposition arranged by Merix).  See *Haroco, Inc. v. Am. Nat. Bank & Trust,* 38 F.3d 1429, 1441 (7th Cir. 1994).

i.   Deponent:  Gerald Finken

    i.   Date: May 29, 2013

    ii.   Pages / Cost: 283 pages x $4.77 = $1,350.50

    iii.   Exhibits / Cost:  N/A

    iv.   Appearance Fee:  N/A

    v.   Actual Cost:  $1,350.50

    vi.   Reduced Cost:  N/A (deposition arranged by Merix).  See *Haroco, Inc. v. Am. Nat. Bank & Trust*, 38 F.3d 1429, 1441 (7th Cir. 1994).

j.   Deponent:  Meryl Squires

    i.   Date:  February 13, 2013

    ii.   Pages / Cost:  358 pages x $6.25 = $2,238.00

    iii.   Exhibits / Cost:  N/A

    iv.   Appearance Fee:  N/A

    v.   Actual Cost: $2,238.00

    vi.   Reduced Cost per Local Rule 54.1(b):  358 pages x $3.65 = $1,306.70

k.   Deponent:  Stephen Purdy

    i.   Date:  April 1, 2013

    ii.   Pages / Cost: 351 pages x $5.61 = $1,320.00

    iii.   Exhibits / Cost:  N/A

    iv.   Appearance Fee:  N/A

    v.   Actual Cost:$1,320.00

    vi.   Reduced Cost per Local Rule 54.1(b):  351 pages x $3.65 = $1,281.15

l.  Deponent:  Merix Rule 30(b)(6) Deposition

    i.  Date:  June 12, 2013

    ii.  Pages / Cost: 372 pages x $7.15 = $2,659.00

    iii.  Exhibits / Cost:  N/A

    iv.  Appearance Fee:  N/A

    v.  Actual Cost:  $2,659.00

    vi.  Reduced Cost per Local Rule 54.1(b):  372 pages x $3.65 = $1,357.80

m.  Deponent:  Dori Squires

    i.  Date:  June 11, 2013

    ii.  Pages / Cost: 228 pages x $6.74 = $1,537.50

    iii.  Exhibits / Cost:  N/A

    iv.  Appearance Fee:  N/A

    v.  Actual Cost:  $1,537.50

    vi.  Reduced Cost per Local Rule 54.1(b):  228 pages x $3.65 = $832.20

n.  Deponent:  James Walters

    i.  Date:  August 6, 2013

    ii.  Pages / Cost: 388 pages x $7.75 = $3,006.61

    iii.  Exhibits / Cost:  N/A

    iv.  Appearance Fee:  N/A

    v.  Actual Cost:  $3,006.61

    vi.  Reduced Cost per Local Rule 54.1(b):  388 pages x $3.65 = $1,416.20

o.  Deponent:  Jonathan Lichter

    i.  Date:  August 7, 2013

    ii.  Pages / Cost: 307 pages x $7.45 = $2,286.79

    iii.  Exhibits / Cost:  N/A

    iv.  Appearance Fee: N/A

    v.  Actual Cost: $2,286.79

    vi.  Reduced Cost per Local Rule 54.1(b): 307 pages x $3.65 = $1,120.55

p.  <u>Deponent</u>: Russell Wilson

    i.  Date: August 15, 2013

    ii.  Pages / Cost: 251 pages x $8.95 = $2,246.89

    iii.  Exhibits / Cost: N/A

    iv.  Appearance Fee: N/A

    v.  Actual Cost: $2,246.89

    vi.  Reduced Cost per Local Rule 54.1(b): 251 pages x $3.65 = $916.15

q.  <u>Deponent</u>: Martin Jeiven

    i.  Date: October 9, 2013

    ii.  Pages / Cost: 353 pages x $3.30 = $1,164.90

    iii.  Exhibits / Cost: $294.45

    iv.  Appearance Fee: N/A

    v.  Actual Cost: $1,459.35

    vi.  Reduced Cost: N/A (deposition arranged by Merix). See *Haroco, Inc. v. Am. Nat. Bank & Trust*, 38 F.3d 1429, 1441 (7th Cir. 1994).

r.  <u>Deponent</u>: Leonard Valenti

    i.  Date: January 10, 2014

    ii.  Pages / Cost: 307 pages x $5.11 = $1,569.85

    iii.  Exhibits / Cost: N/A

    iv.  Appearance Fee: N/A

    v.  Actual Cost: $1,569.85

    vi.  Reduced Cost per Local Rule 54.1(b): 307 pages x $3.65 = $1,120.55

    s.  <u>Deponent</u>: James Walters

       i.  Date: January 21, 2014

      ii.  Pages / Cost: 145 pages x $7.26 = $1,052.55

     iii.  Exhibits / Cost: N/A

     iv.  Appearance Fee: N/A

      v.  Actual Cost: $1,052.55

     vi.  Reduced Cost per Local Rule 54.1(b): 145 pages x $3.65 = $529.25

**2.  <u>Video Recordings of Depositions</u>: $4,736.38**

    a.  <u>Deponent</u>: Lawrence Weinstein

       i.  Date: August 12, 2014

      ii.  Cost: $682.75

    b.  <u>Deponent</u>: Richard Manning

       i.  Date: October 2, 2013

      ii.  Cost: $750.00

    c.  <u>Deponent</u>: Maxine Fritz

       i.  Date: October 11, 2013

      ii.  Cost: $225.00

    d.  <u>Deponent</u>: Angela Buchanan

       i.  Date: June 6, 2013

      ii.  Cost: $182.63 ÷ 4 = $45.66 (combined invoice)

    e.  <u>Deponent</u>: Jennifer Lauinger

       i.  Date: June 6, 2013

      ii.  Cost: $182.63 ÷ 4 = $45.66 (combined invoice)

    f.  <u>Deponent</u>: Jessica Mather

        i.  Date: June 5, 2013

        ii.  Cost: $182.63 ÷ 4 = $45.66 (combined invoice)

    g.  <u>Deponent</u>: Brian Moe

        i.  Date: June 5, 2013

        ii.  Cost: $182.63 ÷ 4 = $45.66 (combined invoice)

    h.  <u>Deponent</u>: Gerald Finken

        i.  Date: May 29, 2013

        ii.  Cost: $375.00

    i.  <u>Deponent</u>: Martin Jeiven

        i.  Date: October 9, 2013

        ii.  Cost: $669.25

    j.  <u>Deponent</u>: Stephen Purdy

        i.  Date: April 1, 2013

        ii.  Cost: $1,320.00

    k.  <u>Deponent</u>: Vicki Clauson

        i.  Date: February 25, 2013

        ii.  Cost: $906.75

## 3. **<u>Pretrial Conference Transcripts</u>: $790.55**

    a.  Transcript of Pretrial Conference before Judge Matthew Kennelly

        i.  Date(s): September 3 and 4, 2014

        ii.  Pages / Cost: 163 pages x $4.85 per page

        iii.  Total Cost: $790.55

4. **Trial Transcripts: $14,217.25**

    a.   Transcript of Trial before Judge Matthew Kennelly

        i.   Date(s): September 8, 9, 11, 12, 15, 16, 17, 18, 19 and 22, 2014

        ii.   Pages / Cost: 1,961 pages x $7.25 per page

        iii.   Total Cost: $14,217.25

5. **Witness Fees and Travel and Lodging Expenses: $5,538.80**

    a.   <u>Witness</u>: Maxine Fritz

        i.   Purpose: trial testimony on September 19, 2014

        ii.   Date(s): one day for travel to Chicago; one day for trial testimony

        iii.   Travel Expenses (28 U.S.C. § 1821(c)(1)): $971.20 (United Airlines)

        iv.   Actual Lodging and Meal Expenses (28 U.S.C. § 1821(d)(1)): $325.91 (Residence Inn on September 18, 2014); $35.88 for meals

        v.   Reduced Lodging and Meal Expenses (28 U.S.C. § 1821(d)(2) and (3)): $205.00 (maximum per diem for Chicago per 5 U.S.C. § 5702(a))

        vi.   Appearance Fee (28 U.S.C. § 1821(b)): $90.00 (two days x $45.00 per day)

        vii.   Total Cost after Reductions: $1,266.20

    b.   <u>Witness</u>: Angela Buchanan

        i.   Purpose: trial testimony on September 17 and 18, 2014

        ii.   Date(s): one day for travel to Chicago; two days for testimony

        iii.   Travel Expenses (28 U.S.C. § 1821(c)(1)): $1,003.20 (United Airlines)

        iv.   Actual Lodging and Meal Expenses (28 U.S.C. § 1821(d)(1)): N/A

        v.   Reduced Lodging and Meal Expenses (28 U.S.C. § 1821(d)(2) and (3)): N/A

        vi.   Appearance Fee (28 U.S.C. § 1821(b)): $135.00 (three days x $45.00 per day)

        vii.   Total Cost after Reductions: $1,138.20

   c.  <u>Witness</u>:  Jennifer Lauinger

      i.  Purpose:  trial testimony on September 18, 2014

     ii.  Date(s):  one day for travel to Chicago; two days for testimony

   iii.  Travel Expenses (28 U.S.C. § 1821(c)(1)):  $978.20 (United Airlines)

   iv.  Actual Lodging and Meal Expenses (28 U.S.C. § 1821(d)(1)):  $1,242.04 (Hilton on September 16, 17 and 18, 2014).

    v.  Reduced Lodging and Meal Expenses (28 U.S.C. § 1821(d)(2) and (3)): $410 (2 days x $205.00 (maximum per diem for Chicago per 5 U.S.C. § 5702(a))

   vi.  Appearance Fee (28 U.S.C. § 1821(b)):  $135.00 (three days x $45.00 per day)

  vii.  Total Cost with Reductions:  $1,523.20

   d.  <u>Witness</u>:  Gerald Finken

      i.  Purpose:  trial testimony on September 18, 2014

     ii.  Date(s):  two days for travel to Chicago; two days for testimony

   iii.  Travel Expenses (28 U.S.C. § 1821(c)(1)):  $1,021.20 (United Airlines)

   iv.  Actual Lodging and Meal Expenses (28 U.S.C. § 1821(d)(1)):  $7,334.63 (Hilton, September 7 – 24, 2014).

    v.  Reduced Lodging and Meal Expenses (28 U.S.C. § 1821(d)(2) and (3)): $410 (2 days x $205.00 (maximum per diem for Chicago per 5 U.S.C. § 5702(a))

   vi.  Appearance Fee (28 U.S.C. § 1821(b)):  $180.00 (four days x $45.00 per day)

  vii.  Total Cost with Reductions:  $1,611.20

**6.  <u>Photocopying, Exemplification and Imaging</u>:  $16,864.48**

   a.  IST Invoice 10244

      i.  Date:  September 9, 2014

     ii.  Pages / Cost:  1,682 x $.28 = $474.42

        iii.  Purpose:  Copies of discovery documents and trial exhibits

  b.  IST Invoice 10241

        i.  Date:  September 9, 2014

        ii.  Pages / Cost:  3,223 x $.06 = $193.38

        iii.  Purpose:  Copies of discovery documents and trial exhibits

  c.  IST Invoice 10243

        i.  Date:  September 10, 2014

        ii.  Pages / Cost:  420 x $.06 = $25.20

        iii.  Purpose:  Copies of trial exhibits

  d.  IST Invoice 10247

        i.  Date:  September 10, 2014

        ii.  Pages / Cost:  2,457 x $.06 = $147.42

        iii.  Purpose:  Copies of discovery documents and trial exhibits

  e.  IST Invoice 10273

        i.  Date:  September 15, 2014

        ii.  Pages / Cost:  43 x $.16 = $6.73

        iii.  Purpose:  Copies of discovery documents and trial exhibits

  f.  IST Invoice 10274

        i.  Date:  September 15, 2014

        ii.  Pages / Cost:  182 x $.09 = $17.56

        iii.  Purpose:  Copies of discovery documents and trial exhibits

  g.  IST Invoice 9576

        i.  Date:  April 16, 2014

        ii.  Pages / Cost:  855 x $.21 = $176.88

          iii. Purpose: Copies and binding of summary judgment briefing and related documents

h. IST Invoice 9633

          i. Date: April 28, 2014

          ii. Pages / Cost: 4 x $3.75 = $15.00

          iii. Purpose: Copies of discovery documents and trial exhibits

i. IST Invoice 10056

          i. Date: August 6, 2014

          ii. Pages / Cost: 847 x $.11 = $89.00

          iii. Purpose: Copies of discovery documents and trial exhibits

j. IST Invoice 10165

          i. Date: August 11, 2014

          ii. Pages / Cost: 2,545 x $.21 = $528.69

          iii. Purpose: Copies of discovery documents and trial exhibits

k. IST Invoice 10166

          i. Date: August 13, 2014

          ii. Pages / Cost: 14,017 x $.10 = $1,397.12

          iii. Purpose: Copies of discovery documents and trial exhibits

l. IST Invoice 10164

          i. Date: August 14, 2014

          ii. Pages / Cost: 2,469 x $.07 = $165.57

          iii. Purpose: Copies of discovery documents and trial exhibits

m. IST Invoice 10175

          i. Date: August 29, 2014

          ii. Pages / Cost: 2,039 x $.42 = $1850.25

           iii.  Purpose:  Copies of discovery documents and trial exhibits

n.  IST Invoice 10182

        i.  Date: September 2, 2014

        ii.  Pages / Cost: 288 x $.06 = $17.28

        iii.  Purpose: Copies of trial exhibits

o.  IST Invoice 10183

        i.  Date: September 2, 2014

        ii.  Pages / Cost: 984 x $.06 = $59.04

        iii.  Purpose: Copies of discovery documents

p.  IST Invoice 10188

        i.  Date: September 2, 2014

        ii.  Pages / Cost: 125 x ~$.87 = $109.59

        iii.  Purpose: Copies of trial exhibits

q.  IST Invoice 10196

        i.  Date: September 3, 2014

        ii.  Pages / Cost: 1,823 x ~$.32 = $579.16

        iii.  Purpose: Copies of trial exhibits

r.  IST Invoice 10197

        i.  Date: September 3, 2014

        ii.  Pages / Cost: 167 x ~$.83 = 138.67

        iii.  Purpose: Copies of discovery documents

s.  IST Invoice 10198

        i.  Date: September 3, 2014

        ii.  Pages / Cost: 48,488 x ~$.16 = $7,539.85

        iii.  Purpose: Copies of trial exhibits

t. IST Invoice 10215

   i. Date: September 4, 2014

   ii. Pages / Cost: 1,815 x ~$.52 = $940.56

   iii. Purpose: Copies of discovery documents

u. IST Invoice 10227

   i. Date: September 8, 2014

   ii. Pages / Cost: 853 x $.06 = $51.18

   iii. Purpose: Copies of discovery documents

v. IST Invoice 10228

   i. Date: September 8, 2014

   ii. Pages / Cost: 272 x ~$.83 = $226.31

   iii. Purpose: Copies of discovery documents

w. IST Invoice 9360

   i. Date: March 19, 2014

   ii. Pages / Cost: 1,359 x $.06 = $81.54

   iii. Purpose: Discovery document production

x. IST Invoice 8755

   i. Date: October 18, 2013

   ii. Pages / Cost: 460 x $.89 = $409.40

   iii. CD Imaging: $15.00

   iv. Purpose: Discovery exhibit production

y. IST Invoice 8037

   i. Date: April 16, 2013

   ii. Pages / Cost: 1,151 x $.09 = $103.59

   iii. Purpose: Discovery document production

z.   DTI Invoice 725221

   i.   Date: February 28, 2013

   ii.   Cost: $150.00

   iii.   Purpose: Imaging copies of document production from non-parties

aa.  IST Invoice 7828

   i.   Date: November 20, 2012

   ii.   Pages / Cost: 1,749 x $.15 = $262.35

   iii.   CD Imaging: $15.00

   iv.   Purpose: Copies of discovery documents

bb.  DTI Invoice 684921

   i.   Date: August 21, 2012

   ii.   CD Imaging and file conversion: $25.16

   iii.   Purpose: Imaging copies of discovery documents

cc.  DTI Invoice 684918

   i.   Date: August 21, 2012

   ii.   Pages / Cost: 2,636 x ~$.09 = $229.34

   iii.   Purpose: Imaging copies of discovery documents

dd.  DTI Invoice 684927

   i.   Date: August 21, 2012

   ii.   Pages / Cost: 87 x ~$.05 = $4.35

   iii.   CD Mastering: $25.00

   iv.   Purpose: Imaging copies of discovery documents

ee.  IST Invoice 7098

   i.   Date: June 6, 2012

   ii.   Pages / Cost: 1,750 x $.09 = $157.50

        iii.   Binder costs: $25.00

        iv.   Purpose: Document production

ff.  IST Invoice 7097

        i.   Date: June 1, 2012

        ii.   Pages / Cost: 1,128 x $.09 = $101.52

        iii.   Binder costs: $12.50

        iv.   Purpose: Document production

gg.  IKON Invoice L0512010013

        i.   Date: January 2, 2012

        ii.   Pages / Cost: 5,853 x ~$.07 = $405.82

        iii.   CD Imaging: $15.00

        iv.   Purpose: Imaging copies of discovery documents

hh. IST Invoice 5827

        i.   Date: June 8, 2011

        ii.   Pages / Cost: 417 x $.15 = $62.55

        iii.   CD Imaging: $15.00

        iv.   Purpose: Document production

**7.** **Process Servers:** **$1,100.00**

a.   Courthouse Courier Private Process Service Invoice CLU-2012003354

        i.   Date: July 19, 2012

        ii.   Purpose: Service of subpoena on TNS Media Intelligence

        iii.   Actual Cost: $45.00

        iv.   Reduced Cost: N/A

b. The Browning Group Invoice 034

    i. Date: July 23, 2012

    ii. Purpose: Service of subpoena on LEGC, LLC

    iii. Actual Cost: $65.00

    iv. Reduced Cost: $55.00

c. Katie Bodenstein

    i. Date: July 23, 2012

    ii. Purpose: Service of subpoena on Dr. David Riley

    iii. Cost: $45.00

    iv. Reduced Cost: N/A

d. U.S. Legal Support Invoice 841002

    i. Date: January 25, 2013

    ii. Purpose: Service of subpoena on AT&T

    iii. Cost: $55.00

    iv. Reduced Cost: N/A

e. U.S. Legal Support Invoice 845550

    i. Date: February 13, 2013

    ii. Purpose: Service of subpoena on Comcast Communications

    iii. Cost: $75.00

    iv. Reduced Cost: $55.00

f. Paul Swearingen

    i. Date: April 17, 2013

    ii. Purpose: Service of subpoenas on Martin Block and Craig Elson

    iii. Cost: $130.00 (two subpoenas)

    iv. Reduced Cost: $110.00 (two subpoenas x $55.00 each)

g. C&E Legal Services Invoice 14155

    i. Date: May 9, 2013

    ii. Purpose: Service of subpoena on John Meenan and Stacie Kirsch

    iii. Cost: $145.00 (two subpoenas)

    iv. Reduced Cost: $110.00 (two subpoenas x $55.00 each)

h. C&E Legal Services Invoice 14011

    i. Date: April 19, 2013

    ii. Purpose: Service of subpoena on John Meenan and Stacie Kirsch

    iii. Cost: $95.00 (two subpoenas)

    iv. Reduced Cost: N/A

i. Hester Process Service, Inc. Invoice 26270

    i. Date: April 22, 2013

    ii. Purpose: Service of subpoena on The Institute of Perception

    iii. Cost: $35.00

    iv. Reduced Cost: N/A

j. Same Day Process Invoice 31165

    i. Date: May 28, 2013

    ii. Purpose: Service of subpoena on Buchanan Ingersoll

    iii. Cost: $75.00

    iv. Reduced Cost: $55.00

k. Statewide Process Service, Inc. Invoice 0386

    i. Date: June 17, 2013

    ii. Purpose: Service of subpoena on Calisco Corporation

    iii. Cost: $60.00

    iv. Reduced Cost: $55.00

l.  Paul Swearingen

    i.  Date:  June 21, 2013

    ii.  Purpose:  Service of subpoena on Topical Pharmaceutical and Labtec Cosmetics

    iii.  Cost:  $130.00  (two subpoenas)

    iv.  Reduced Cost:  $110.00 (two subpoenas x $55.00 each)

m.  C&E Legal Services, Inc. Invoice 14299

    i.  Date:  June 11, 2013

    ii.  Purpose:  Service of subpoena on Stacie Kirsch and John Meenan

    iii.  Cost:  $410.00  (two subpoenas)

    iv.  Reduced Cost:  $110.00 (two subpoenas x $55.00 each)

n.  Paul Swearingen

    i.  Date:  July 20, 2012

    ii.  Purpose:  Service of subpoenas on Porte Brown, LLC, Kolodziej Eisen & Fey, LLC, Pharmaceutical Laboratories Consultants, Inc., and Block Research, Inc.

    iii.  Cost:  $360.00  (three subpoenas)

    iv.  Reduced Cost:  $165.00 (three subpoenas x $55.00 each)

# GROUP EXHIBIT 1

# DEPOSITION TRANSCRIPT INVOICES

## Norman E. Mark - Court Reporter Service

300 NP Avenue, Suite 201
Fargo, ND 58102
(701) 235-7571 Phone   (701) 293-3487 Fax
reporters@normanemark.com
normanemark.com

July 9, 2013

Adam A. Jagadich
Segal McCambridge Singer & Mahoney
Attorneys at Law
233 South Wacker Drive, Suite 5500
Chicago, IL 60606

Rebilled Invoice
Rebilled on September 10, 2013

| Invoice Number |
| :---: |
| 8197 |

**Re:** PDW13-45
June 5 and June 6, 2013
Merix Pharmaceutical Corp. vs Clinical Supplies Management, Inc.

Description of Services

| | | |
|---|---|---:|
| CC Video | Brian Moe (270 pps.) | 648.00 |
| CC Video | Jessica Mather (87 pps.) | 208.80 |
| CC Video | Jennifer Lauinger (195 pps.) | 468.00 |
| CC Video | Angela Buchanan (174 pps.) | 417.60 |
| Exhibits | | 106.19 |
| Postage | | 7.36 |
| | Interest: | 2.75 |
| | **Invoice total:** | **$1,858.70** |

Payment past due.

Please pay.

# REBILL

# INVOICE

**JENSEN**
*Litigation Solutions*
Worldwide Coverage
312.236.6736 | 877.653.6736   Fax 312.236.6748
www.jensenlitigation.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 275965 | 10/21/2013 | 110845 |

| Job Date | Case No. | |
|---|---|---|
| 10/2/2013 | 11 CV 3318 | |

| Case Name | |
|---|---|
| Merix Pharmaceutical Corporation vs. Clinical Supplies Management | |

| Payment Terms | |
|---|---|
| Net 30 | |

Adam J. Jagadich
Segal, McCambridge, Singer & Mahoney, Ltd.
233 South Wacker Drive
Suite 5500
Chicago, IL  60606

| | | | |
|---|---|---|---|
| CERTIFIED TRANSCRIPT | | | |
| Richard L. Manning, Ph.D. | 362.00 | Pages | 1,071.52 |
| PTX File | | | 35.00 |
| Rough ASCII | 356.00 | Pages | 480.60 |
| Exhibits | 363.00 | Pages | 163.35 |
| | **TOTAL DUE  >>>** | | **$1,750.47** |

PTX Email sent on 10-21-13

Did you know Jensen Litigation has a complimentary on-line repository whereby you can view/print your transcripts and hyperlinked exhibits?  In addition, you can also schedule your reporters and services on-line and manage your account.   Call our office at 312-236-6936 or email us at info@jensenlitigation.com and we will set you up with your secured user name and password.

**Tax ID:** 36-3811129

Phone: 312-645-7800    Fax:312-645-7711

*Please detach bottom portion and return with payment.*

Adam J. Jagadich
Segal, McCambridge, Singer & Mahoney, Ltd.
233 South Wacker Drive
Suite 5500
Chicago, IL  60606

| | | | | |
|---|---|---|---|---|
| Job No. | : | 110845 | BU ID | : 1-MAIN |
| Case No. | : | 11 CV 3318 | | |
| Case Name | : | Merix Pharmaceutical Corporation vs. Clinical Supplies Management | | |
| Invoice No. | : | 275965 | Invoice Date | : 10/21/2013 |
| **Total Due** | : | **$1,750.47** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To:   **Jensen Litigation Solutions**
**180 North LaSalle Street, Suite 2800**
**Chicago, IL  60601**

**Veritext**
**Western Regional Headquarters**



707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

**Bill To:** Adam Jagadich, Esq
Segal McCambridge Singer & Mahoney
233 S Wacker Dr.
Suite 5500
Chicago, IL, 60606-6366

| | |
|---|---|
| **Invoice #:** | CA1936960 |
| **Invoice Date:** | 1/7/2014 |
| **Balance Due:** | $1,958.54 |

| | |
|---|---|
| **Case:** | Merix Pharmaceutical Corp v. Clinical Supplies Management |
| **Job #:** | 1597899 \| Job Date: 2/25/2013 \| Delivery: Normal |
| **Billing Atty:** | Adam Jagadich, Esq |
| **Location:** | Kirby Noonan Lance & Hoge LLP |
| | 350 Tenth Avenue \| Suite 1300 \| San Diego, CA 92101 |
| **Sched Atty:** | Richard Kirk Cannon, Esq. \| Cannon & Associates |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Certified Transcript | Page | 428.00 | $1,412.40 |
| | Exhibits - Color | Per Page | 4.00 | $6.00 |
| Vicki Clauson | Exhibits | Per Page | 649.00 | $421.85 |
| | CD Depo Litigation Package | Per CD | 1.00 | $39.00 |
| | Production & Processing | 1 | 1.00 | $50.00 |
| | Shipping & Handling | Package | 1.00 | $29.29 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $1,958.54 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $1,958.54 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to**
**www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | CA1936960 |
| **Job #:** | 1597899 |
| **Invoice Date:** | 1/7/2014 |
| **Balance:** | $1,958.54 |

55349

# INVOICE

David Feldman Worldwide, Inc.
450 Seventh Avenue
Suite 500
New York, NY 10123
Phone:212-705-8585  Fax:646-304-1713

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 103636 | 8/20/2014 | 35718 |

| Job Date | Case No. |
|---|---|
| 8/12/2014 | |

| Case Name |
|---|
| Merix Pharmaceutical Corporation v. Clinical Supplies Management, Inc. |

| Payment Terms |
|---|
| Net 30, Interest at 1.5% / month |

Brian Eldridge, Esq.
Segal McCambridge Singer & Mahoney
233 S. Wacker Drive
Suite 5500
Chicago, IL 60606

| | | | |
|---|---|---|---|
| COPY OF TRANSCRIPT (EXPEDITED) OF: | | | |
| Lawrence I. Weinstein | 280.00 | Pages | 1,218.00 |
| 3 Day Copy | | | 1,330.00 |
| Exhibit Package | 235.00 | Pages | 317.25 |
| Litigation Support Package | | | 165.00 |
| Shipping & Handling (O) | | | 78.00 |

|  | |
|---|---|
| TOTAL DUE >>> | $3,108.25 |
| AFTER 9/19/2014 PAY | $3,263.66 |

THANK YOU FOR YOUR BUSINESS

Payment Not Contingent On Client Reimbursement

You can view your invoices and payment history at our website www.David-Feldman.com.
Call us for more information on this function.

***IMPORTANT, NEW REMITTANCE ADDRESS.***
Please note this address is to be used for all current and/or past invoices or statements you have received by mail and/or email.

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |

**Tax ID:** 13-4091601

*Please detach bottom portion and return with payment.*

Brian Eldridge, Esq.
Segal McCambridge Singer & Mahoney
233 S. Wacker Drive
Suite 5500
Chicago, IL 60606

| | | |
|---|---|---|
| Invoice No. | : | 103636 |
| Invoice Date | : | 8/20/2014 |
| **Total Due** | : | **$3,108.25** |

Remit To:  **David Feldman Worldwide, Inc.**
**405 Park Avenue, 16th Floor**
**New York, NY 10022**

| | | |
|---|---|---|
| Job No. | : | 35718 |
| BU ID | : | DFW CR |
| Case No. | : | |
| Case Name | : | Merix Pharmaceutical Corporation v. Clinical Supplies Management, Inc. |

# INVOICE

McDANIEL REPORTING & VIDEO CONFERENCING
1302 OSOS STREET
SAN LUIS OBISPO, CA 93401
Phone:805-544-3363  Fax:805-544-7427

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 102464 | 10/25/2013 | 49479 |

| Job Date | Case No. |
|---|---|
| 10/11/2013 | |

| Case Name |
|---|
| MERIX PHARMACEUTICAL CORP V CLINICAL SUPPLIES MANAGEMENT |

| Payment Terms |
|---|
| Due upon receipt |

BRIAN ELDRIDGE
SEGAL, McCAMBRIDGE, SINGER & MAHONEY
233 SOUTH WACKER DRIVE
SUITE 5500
CHICAGO, IL 60606

1 CERTIFIED COPY OF TRANSCRIPT OF:
  MAXINE FRITZ                                                        670.00

                                    TOTAL DUE  >>>          **$670.00**
                                    AFTER 11/24/2013 PAY       $737.00

MR. ELDRIDGE ORDERED ELECTRONIC COPY OF TRANSCRIPT AND EXHIBITS ONLY.

*** YOUR TRANSCRIPT IS READY TO BE SHIPPED.

PLEASE CONTACT US AS TO WHICH METHOD OF PAYMENT YOU WISH TO USE:

____  CHECK -- PLEASE FAX US A COPY OF THE CHECK YOU ARE MAILING

____  CREDIT CARD -- PLEASE COMPLETE THE BOX BELOW AND FAX BACK TO US

____  C.O.D. -- HAVE CHECK READY FOR U.P.S. DRIVER WHEN TRANSCRIPT IS DELIVERED

Tax ID: 95-3738446                          Phone: 312-645-7800   Fax:312-645-7711

*Please detach bottom portion and return with payment.*

BRIAN ELDRIDGE
SEGAL, McCAMBRIDGE, SINGER & MAHONEY
233 SOUTH WACKER DRIVE
SUITE 5500
CHICAGO, IL 60606

| | | | |
|---|---|---|---|
| Job No. | : 49479 | BU ID | :5-VID/RT |
| Case No. | : | | |
| Case Name | : MERIX PHARMACEUTICAL CORP V CLINICAL SUPPLIES MANAGEMENT | | |
| Invoice No. | : 102464 | Invoice Date | :10/25/2013 |

**Total Due** : $ 670.00
AFTER 11/24/2013 PAY  $737.00

Remit To: **McDANIEL REPORTING & VIDEO CONFERENCING
1302 OSOS STREET
SAN LUIS OBISPO, CA 93401**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:                Card Security Code:

Amount to Charge:

Cardholder's Signature:

# INVOICE

CRCC
5050 Tilghman Street, Suite 120
Commerce Corporate Center, Plaza III
Allentown, PA 18104
Phone:1-866-318-1233  Fax:1-866-526-7208

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 130673 | 6/12/2013 | 45401 |
| **Job Date** | **Case No.** | |
| 5/29/2013 | | |

| **Case Name** |
|---|
| Merix Pharmaceutical Corporation vs. Clinical Supplies Management |

| **Payment Terms** |
|---|
| Due upon receipt |

Eldridge, Brian H.
SEGAL, MCCAMBRIDGE, ET AL. (Chicago, IL office)
Suite 5500
233 South Wacker
Chicago, IL  60606

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Gerald Finken

                                                       1,350.50

Claim No.    : 040510046070
Reference No.  : 101346

**TOTAL DUE  >>>**     **$1,350.50**

(-) Payments/Credits:    1,350.50
(+) Finance Charges/Debits:    0.00
(=) New Balance:    **$0.00**

**Tax ID:** 20-1906848

*Please detach bottom portion and return with payment.*

Eldridge, Brian H.
SEGAL, MCCAMBRIDGE, ET AL. (Chicago, IL office)
Suite 5500
233 South Wacker
Chicago, IL  60606

| | | |
|---|---|---|
| Invoice No. | : | 130673 |
| Invoice Date | : | 6/12/2013 |
| **Total Due** | : | **$ 0.00** |

Remit To: **CRCC**
        **5050 Tilghman Street, Suite 120**
        **Commerce Corporate Center, Plaza III**
        **Allentown, PA  18104**

| | | |
|---|---|---|
| Job No. | : | 45401 |
| BU ID | : | CHUBB-PAP |
| Case No. | : | |
| Case Name | : | Merix Pharmaceutical Corporation vs. Clinical Supplies Management |

# I N V O I C E

CRCC
5050 Tilghman Street, Suite 120
Commerce Corporate Center, Plaza III
Allentown, PA 18104
Phone:1-866-318-1233  Fax:1-866-526-7208

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 125727 | 3/7/2013 | 38785 |
| **Job Date** | **Case No.** | |
| 2/13/2013 | | |

| **Case Name** |
|---|
| Merix Pharmaceutical Corporation vs. Clinical Supplies Management |

| **Payment Terms** |
|---|
| Due upon receipt |

Eldridge, Brian H.
SEGAL, MCCAMBRIDGE, ET AL. (Chicago, IL office)
Suite 5500
233 South Wacker
Chicago, IL 60606

---

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    MERYL J. SQUIRES              2,238.80

**TOTAL DUE  >>>**      **$2,238.80**

Claim No.   : 040510046070
Location of Job : Chicago, IL
Reference No.  : 259511

John Mazione

(-) Payments/Credits:      2,238.80
(+) Finance Charges/Debits:      0.00
(=) New Balance:      **$0.00**

---

**Tax ID:** 20-1906848

*Please detach bottom portion and return with payment.*

Eldridge, Brian H.
SEGAL, MCCAMBRIDGE, ET AL. (Chicago, IL office)
Suite 5500
233 South Wacker
Chicago, IL 60606

| | | |
|---|---|---|
| Invoice No. | : | 125727 |
| Invoice Date | : | 3/7/2013 |
| **Total Due** | : | **$ 0.00** |

Remit To: **CRCC**
        **5050 Tilghman Street, Suite 120**
        **Commerce Corporate Center, Plaza III**
        **Allentown, PA 18104**

| | | |
|---|---|---|
| Job No. | : | 38785 |
| BU ID | : | CHUBB |
| Case No. | : | |
| Case Name | : | Merix Pharmaceutical Corporation vs. Clinical Supplies Management |

# INVOICE

CRCC
5050 Tilghman Street, Suite 120
Commerce Corporate Center, Plaza III
Allentown, PA 18104
Phone:1-866-318-1233  Fax:1-866-526-7208

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 128413 | 5/1/2013 | 40663 |
| **Job Date** | **Case No.** | |
| 4/1/2013 | | |

| **Case Name** |
|---|
| Merix Pharmaceutical Corporation vs. Clinical Supplies Management |

| **Payment Terms** |
|---|
| Due upon receipt |

Eldridge, Brian H.
SEGAL, MCCAMBRIDGE, ET AL. (Chicago, IL office)
Suite 5500
233 South Wacker
Chicago, IL  60606

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF
   STEPHEN PURDY (video)                                              1,968.85

**TOTAL DUE >>>**                    **$1,968.85**

Claim No.   : 040510046070
Location of Job : West Conshohocken, PA
Reference No.  : 162193

John Mazione

(-) Payments/Credits:     1,968.85
(+) Finance Charges/Debits:    0.00
**(=) New Balance:**    **$0.00**

Tax ID: 20-1906848

*Please detach bottom portion and return with payment.*

Eldridge, Brian H.
SEGAL, MCCAMBRIDGE, ET AL. (Chicago, IL office)
Suite 5500
233 South Wacker
Chicago, IL  60606

Invoice No.   :  128413
Invoice Date  :  5/1/2013
**Total Due**    **: $ 0.00**

Remit To: **CRCC**
       **5050 Tilghman Street, Suite 120**
       **Commerce Corporate Center, Plaza III**
       **Allentown, PA  18104**

Job No.    :  40663
BU ID     :  CHUBB
Case No.   :
Case Name :  Merix Pharmaceutical Corporation vs. Clinical
               Supplies Management

# INVOICE

CRCC
5050 Tilghman Street, Suite 120
Commerce Corporate Center, Plaza III
Allentown, PA 18104
Phone:1-866-318-1233   Fax:1-866-526-7208

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 131557 | 6/30/2013 | 44384 |
| **Job Date** | **Case No.** | |
| 6/12/2013 | | |
| **Case Name** | | |
| Merix Pharmaceutical Corporation vs. Clinical Supplies Management | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Jagadich, Adam J.
SEGAL, MCCAMBRIDGE, ET AL. (Chicago, IL office)
Suite 5500
233 South Wacker
Chicago, IL  60606

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Dori Squires and Meryl Squires                               2,659.00

Reference No.   : 267539

                                    **TOTAL DUE  >>>**       **$2,659.00**

                                    (-) Payments/Credits:       2,659.00
                                    (+) Finance Charges/Debits:     0.00
                                    (=) New Balance:         **$0.00**

**Tax ID:** 20-1906848

*Please detach bottom portion and return with payment.*

Jagadich, Adam J.
SEGAL, MCCAMBRIDGE, ET AL. (Chicago, IL office)
Suite 5500
233 South Wacker
Chicago, IL  60606

| | | |
|---|---|---|
| Invoice No. | : | 131557 |
| Invoice Date | : | 6/30/2013 |
| **Total Due** | **:** | **$ 0.00** |

Remit To: **CRCC**
           **5050 Tilghman Street, Suite 120**
           **Commerce Corporate Center, Plaza III**
           **Allentown, PA  18104**

| | | |
|---|---|---|
| Job No. | : | 44384 |
| BU ID | : | CHUBB |
| Case No. | : | |
| Case Name | : | Merix Pharmaceutical Corporation vs. Clinical Supplies Management |

# I N V O I C E

CRCC
5050 Tilghman Street, Suite 120
Commerce Corporate Center, Plaza III
Allentown, PA 18104
Phone:1-866-318-1233   Fax:1-866-526-7208

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 131562 | 6/30/2013 | 44381 |
| **Job Date** | **Case No.** | |
| 6/11/2013 | | |
| **Case Name** | | |
| Merix Pharmaceutical Corporation vs. Clinical Supplies Management | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Jagadich, Adam J.
SEGAL, MCCAMBRIDGE, ET AL. (Chicago, IL office)
Suite 5500
233 South Wacker
Chicago, IL  60606

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
 Dori Squires                                                                                  1,537.50

Reference No.   : 267387                                          **TOTAL DUE  >>>**          **$1,537.50**

                                                                 (-) Payments/Credits:         1,537.50
                                                                 (+) Finance Charges/Debits:       0.00
                                                                 (=) New Balance:              **$0.00**

**Tax ID:** 20-1906848

*Please detach bottom portion and return with payment.*

Jagadich, Adam J.
SEGAL, MCCAMBRIDGE, ET AL. (Chicago, IL office)
Suite 5500
233 South Wacker
Chicago, IL  60606

| | | |
|---|---|---|
| Invoice No. | : | 131562 |
| Invoice Date | : | 6/30/2013 |
| **Total Due** | **:** | **$ 0.00** |

Remit To: **CRCC**
          **5050 Tilghman Street, Suite 120**
          **Commerce Corporate Center, Plaza III**
          **Allentown, PA  18104**

| | | |
|---|---|---|
| Job No. | : | 44381 |
| BU ID | : | CHUBB |
| Case No. | : | |
| Case Name | : | Merix Pharmaceutical Corporation vs. Clinical Supplies Management |

# INVOICE

CRCC
5050 Tilghman Street, Suite 120
Commerce Corporate Center, Plaza III
Allentown, PA 18104
Phone:1-866-318-1233  Fax:1-866-526-7208

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 134397 | 8/22/2013 | 47978 |
| **Job Date** | **Case No.** | |
| 8/6/2013 | | |
| **Case Name** | | |
| Merix Pharmaceutical Corporation vs. Clinical Supplies Management | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Eldridge, Brian H.
SEGAL, MCCAMBRIDGE, ET AL. (Chicago, IL office)
Suite 5500
233 South Wacker
Chicago, IL 60606

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

    James P. Walters                                        3,006.61

                                    **TOTAL DUE >>>**      **$3,006.61**

Claim No.    : 040510046070
Location of Job : Chicago, IL
Reference No.  : 271444

John Mazione

                                  **(-) Payments/Credits:**     3,006.61
                                    **(+) Finance Charges/Debits:**     0.00
                                    **(=) New Balance:**     **$0.00**

**Tax ID:** 20-1906848

*Please detach bottom portion and return with payment.*

Eldridge, Brian H.
SEGAL, MCCAMBRIDGE, ET AL. (Chicago, IL office)
Suite 5500
233 South Wacker
Chicago, IL 60606

Invoice No.   :  134397
Invoice Date  :  8/22/2013
**Total Due**     :  **$ 0.00**

Remit To: **CRCC**
          **5050 Tilghman Street, Suite 120**
          **Commerce Corporate Center, Plaza III**
          **Allentown, PA 18104**

Job No.     :  47978
BU ID      :  CHUBB
Case No.   : 
Case Name  :  Merix Pharmaceutical Corporation vs. Clinical
                Supplies Management

# I N V O I C E

CRCC
5050 Tilghman Street, Suite 120
Commerce Corporate Center, Plaza III
Allentown, PA 18104
Phone:1-866-318-1233   Fax:1-866-526-7208

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 134676 | 8/23/2013 | 48006 |
| **Job Date** | **Case No.** | |
| 8/7/2013 | | |
| **Case Name** | | |
| Merix Pharmaceutical Corporation vs. Clinical Supplies Management | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Eldridge, Brian H.
SEGAL, MCCAMBRIDGE, ET AL. (Chicago, IL office)
Suite 5500
233 South Wacker
Chicago, IL  60606

---

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

    Jonathan Lichter                           2,286.79

                                   **TOTAL DUE  >>>**     **$2,286.79**

Claim No.    : 040510046070
Location of Job : Chicago, IL
Reference No.  : 271185

John Mazione

                                 **(-) Payments/Credits:**    2,286.79
                                 **(+) Finance Charges/Debits:**    0.00
                                 **(=) New Balance:**    **$0.00**

**Tax ID:** 20-1906848

---

*Please detach bottom portion and return with payment.*

Eldridge, Brian H.
SEGAL, MCCAMBRIDGE, ET AL. (Chicago, IL office)
Suite 5500
233 South Wacker
Chicago, IL  60606

| | | |
|---|---|---|
| Invoice No. | : | 134676 |
| Invoice Date | : | 8/23/2013 |
| **Total Due** | : | **$ 0.00** |

Remit To: **CRCC**
          **5050 Tilghman Street, Suite 120**
          **Commerce Corporate Center, Plaza III**
          **Allentown, PA  18104**

| | | |
|---|---|---|
| Job No. | : | 48006 |
| BU ID | : | CHUBB |
| Case No. | : | |
| Case Name | : | Merix Pharmaceutical Corporation vs. Clinical Supplies Management |

# INVOICE

CRCC
5050 Tilghman Street, Suite 120
Commerce Corporate Center, Plaza III
Allentown, PA 18104
Phone:1-866-318-1233   Fax:1-866-526-7208

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 134699 | 8/23/2013 | 49187 |
| **Job Date** | **Case No.** | |
| 8/15/2013 | | |
| **Case Name** | | |
| Merix Pharmaceutical Corporation vs. Clinical Supplies Management | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Jagadich, Adam J.
SEGAL, MCCAMBRIDGE, ET AL. (Chicago, IL office)
Suite 5500
233 South Wacker
Chicago, IL 60606

---

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF
   Russell J. Wilson, C.P.A.

2,246.89

**TOTAL DUE  >>>**  **$2,246.89**

Claim No.    : 040510046070
Location of Job : Chicago, IL
Reference No.  : 271637

John Mazione

| | |
|---|---|
| (-) Payments/Credits: | 2,246.89 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $0.00 |

---

**Tax ID:** 20-1906848

*Please detach bottom portion and return with payment.*

Jagadich, Adam J.
SEGAL, MCCAMBRIDGE, ET AL. (Chicago, IL office)
Suite 5500
233 South Wacker
Chicago, IL 60606

| | | |
|---|---|---|
| Invoice No. | : | 134699 |
| Invoice Date | : | 8/23/2013 |
| **Total Due** | : | **$ 0.00** |

Remit To: **CRCC**
        **5050 Tilghman Street, Suite 120**
        **Commerce Corporate Center, Plaza III**
        **Allentown, PA 18104**

| | | |
|---|---|---|
| Job No. | : | 49187 |
| BU ID | : | CHUBB |
| Case No. | : | |
| Case Name | : | Merix Pharmaceutical Corporation vs. Clinical Supplies Management |

**Veritext**
**Western Regional Headquarters**



707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

| Bill To: | Brian Eldridge, Esq | | |
|---|---|---|---|
| | Segal McCambridge Singer & Mahoney | **Invoice #:** | CA1881975 |
| | 233 S Wacker Dr. | **Invoice Date:** | 10/31/2013 |
| | Suite 5500 | **Balance Due:** | $1,548.35 |
| | Chicago, IL, 60606-6366 | | |

| | |
|---|---|
| **Case:** | Merix Pharmaceutical Corp v. Clinical Supplies Management |
| **Job #:** | 1740855 | Job Date: 10/9/2013 | Delivery: Normal |
| **Billing Atty:** | Brian Eldridge, Esq |
| **Location:** | Segal McCambridge Singer & Maloney |
| | 15 Exchange Pl | Ste 1020 | Jersey City, NJ 07302 |
| **Sched Atty:** | Richard Kirk Cannon, Esq. | Cannon & Associates |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Certified Transcript | Page | 353.00 | $1,164.90 |
| | Exhibits - Color | Per Page | 78.00 | $117.00 |
| Martin A. Jeiven | Exhibits | Per Page | 273.00 | $177.45 |
| | CD Depo Litigation Package | Per CD | 1.00 | $39.00 |
| | Production & Processing | 1 | 1.00 | $50.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $1,548.35 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $1,548.35 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**THIS INVOICE IS 349 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

| To pay online, go to | Please remit payment to: | **Invoice #:** | CA1881975 |
|---|---|---|---|
| www.Veritext.com | Veritext | **Job #:** | 1740855 |
| Veritext accepts all major credit cards | P.O. Box 71303 | **Invoice Date:** | 10/31/2013 |
| (American Express, Mastercard, Visa, Discover) | Chicago IL 60694-1303 | **Balance:** | $1,548.35 |

# I N V O I C E

CRCC
5050 Tilghman Street, Suite 120
Commerce Corporate Center, Plaza III
Allentown, PA 18104
Phone:1-866-318-1233   Fax:1-866-526-7208

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 143020 | 2/7/2014 | 57758 |
| **Job Date** | **Case No.** | |
| 1/10/2014 | | |
| **Case Name** | | |
| Merix Pharmaceutical Corporation vs. Clinical Supplies Management | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Eldridge, Brian H.
SEGAL, MCCAMBRIDGE, ET AL. (Chicago, IL office)
Suite 5500
233 South Wacker
Chicago, IL 60606

---

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF
   LEONARD PAUL VALENTI
                                                       1,569.85

**TOTAL DUE  >>>**    **$1,569.85**

Claim No.    : 040510046070
Location of Job : Baltimore, MD
Reference No.  : 402751

John Mazione

(-) Payments/Credits:    1,569.85
(+) Finance Charges/Debits:    0.00
(=) New Balance:    **$0.00**

**Tax ID:** 20-1906848

---

*Please detach bottom portion and return with payment.*

Eldridge, Brian H.
SEGAL, MCCAMBRIDGE, ET AL. (Chicago, IL office)
Suite 5500
233 South Wacker
Chicago, IL 60606

| | | |
|---|---|---|
| Invoice No. | : | 143020 |
| Invoice Date | : | 2/7/2014 |
| **Total Due** | : | **$ 0.00** |

Remit To: **CRCC**
          **5050 Tilghman Street, Suite 120**
          **Commerce Corporate Center, Plaza III**
          **Allentown, PA 18104**

| | | |
|---|---|---|
| Job No. | : | 57758 |
| BU ID | : | CHUBB |
| Case No. | : | |
| Case Name | : | Merix Pharmaceutical Corporation vs. Clinical Supplies Management |

# I N V O I C E

CRCC
5050 Tilghman Street, Suite 120
Commerce Corporate Center, Plaza III
Allentown, PA 18104
Phone:1-866-318-1233   Fax:1-866-526-7208

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 143358 | 2/7/2014 | 59587 |
| **Job Date** | **Case No.** | |
| 1/21/2014 | | |
| **Case Name** | | |
| Merix Pharmaceutical Corporation vs. Clinical Supplies Management | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Eldridge, Brian H.
SEGAL, MCCAMBRIDGE, ET AL. (Chicago, IL office)
Suite 5500
233 South Wacker
Chicago, IL 60606

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    JAMES WALTERS                                  1,052.55

                                       **TOTAL DUE  >>>**        **$1,052.55**

Claim No.    : 040510046070
Location of Job : Chicago, IL
Reference No.  : 543174

John Mazione

                                     **(-) Payments/Credits:**      1,052.55
                                       **(+) Finance Charges/Debits:**      0.00
                                       **(=) New Balance:**      **$0.00**

**Tax ID:** 20-1906848

*Please detach bottom portion and return with payment.*

Eldridge, Brian H.
SEGAL, MCCAMBRIDGE, ET AL. (Chicago, IL office)
Suite 5500
233 South Wacker
Chicago, IL 60606

Invoice No.   : 143358
Invoice Date  : 2/7/2014
**Total Due**    : **$ 0.00**

Remit To: **CRCC**
           **5050 Tilghman Street, Suite 120**
           **Commerce Corporate Center, Plaza III**
           **Allentown, PA 18104**

Job No.     : 59587
BU ID      : CHUBB
Case No.    :
Case Name  : Merix Pharmaceutical Corporation vs. Clinical
                Supplies Management

# VIDEO INVOICES

# INVOICE

David Feldman Worldwide, Inc.
450 Seventh Avenue
Suite 500
New York, NY 10123
Phone:212-705-8585    Fax:212-705-8552

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 103808 | 8/22/2014 | 35719 |
| **Job Date** | **Case No.** | |
| 8/12/2014 | | |

| **Case Name** |
|---|
| Merix Pharmaceutical Corporation v. Clinical Supplies Management, Inc. |
| **Payment Terms** |
| Net 30, Interest at 1.5% / month |

Brian Eldridge, Esq.
Segal McCambridge Singer & Mahoney
233 S. Wacker Drive
Suite 5500
Chicago, IL 60606

VIDEO DEPOSITION OF:

  Lawrence I. Weinstein

| | | |
|---|---|---|
| Technical Conversion/Synch | 6.50 | 633.75 |
| Media/DVD | | 49.00 |
| Shipping & Handling (O) | | 78.00 |

|  | |
|---|---|
| **TOTAL DUE >>>** | **$760.75** |
| AFTER 9/21/2014 PAY | $798.79 |

THANK YOU FOR YOUR BUSINESS

Payment Not Contingent On Client Reimbursement

You can view your invoices and payment history at our website www.David-Feldman.com.
Call us for more information on this function.

***IMPORTANT, NEW REMITTANCE ADDRESS.***
Please note this address is to be used for all current and/or past invoices or statements you have received by mail and/or email.

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| **(=) New Balance:** | **$760.75** |

**Tax ID:** 13-4091601

*Please detach bottom portion and return with payment.*

Brian Eldridge, Esq.
Segal McCambridge Singer & Mahoney
233 S. Wacker Drive
Suite 5500
Chicago, IL 60606

| | | |
|---|---|---|
| Invoice No. | : | 103808 |
| Invoice Date | : | 8/22/2014 |
| **Total Due** | : | **$760.75** |

| | | |
|---|---|---|
| Remit To: | **David Feldman Worldwide, Inc.** | |
| | **405 Park Avenue, 16th Floor** | |
| | **New York, NY  10022** | |

| | | |
|---|---|---|
| Job No. | : | 35719 |
| BU ID | : | DFW Video |
| Case No. | : | |
| Case Name | : | Merix Pharmaceutical Corporation v. Clinical Supplies Management, Inc. |

# INVOICE



## JENSEN

www.jensenlitigation.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 276289 | 10/24/2013 | 110846 |
| **Job Date** | **Case No.** | |
| 10/2/2013 | 11 CV 3318 | |
| **Case Name** | | |
| Merix Pharmaceutical Corporation vs. Clinical Supplies Management | | |
| **Payment Terms** | | |
| Net 30 | | |

Brian H. Eldridge
Segal, McCambridge, Singer & Mahoney, Ltd.
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

---

DEPOSITION OF:

Richard Manning, Ph.D.

| | | |
|---|---|---|
| Video Synch (MPEG-1) | 7.50 Hours | 750.00 |
| Courier | 1.00 | 12.00 |
| | **TOTAL DUE >>>** | **$762.00** |

Delivered on 10-24-2013

Did you know Jensen Litigation has a complimentary on-line repository whereby you can view/print your transcripts and hyperlinked exhibits? In addition, you can also schedule your reporters and services on-line and manage your account. Call our office at 312-236-6936 or email us at info@jensenlitigation.com and we will set you up with your secured user name and password.

---

**Tax ID:** 36-3811129

Phone: 312-645-7800    Fax:312-645-7711

*Please detach bottom portion and return with payment.*

Brian H. Eldridge
Segal, McCambridge, Singer & Mahoney, Ltd.
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Job No.      : 110846          BU ID          : Video
Case No.     : 11 CV 3318
Case Name  : Merix Pharmaceutical Corporation vs. Clinical
                    Supplies Management

Invoice No. : 276289          Invoice Date  : 10/24/2013
**Total Due** : **$ 762.00**

Remit To: **Jensen Litigation Solutions**
**180 North LaSalle Street, Suite 2800**
**Chicago, IL 60601**

## PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:

**INVOICE: 1123**

**Reference (CLVS)**

**Tax ID 30-0756503**

NOVEMBER 6, 2013

Merix v. Clinical Supplies Management
Maxine K. Fritz
October 11, 2013

**TO:**
BRIAN ELDRIDGE, ESQ.
233 South Wacker Drive
Suite 5500
Chicago, IL  60606
Phone:  312-645-7800
Email:  beldridge@smsm.com

**COASTAL LEGAL VIDEO SPECIALISTS**
**Deborah Alvino**
**P. O. Box 910, Pismo Beach, CA 93448**
Phone: 805-478-5829
Email: coastallegalvideo@gmail.com
www.coastallegalvideo.com

| Quantity | Description | Unit Price | Total |
|:---:|:---:|:---:|:---:|
| 3 | Copies of DVDs of deposition of Maxine Fritz | 50 | 150.00 |
| 3 | Synchronization of videos with transcript | 25 | 75.00 |
| | | | $225.00 |



THANK YOU FOR CHOOSING COASTAL LEGAL VIDEO SPECIALISTS
THANK YOU FOR YOUR BUSINESS



# Invoice

S7P Tax ID: 20-5728548

PO Box 1677
Fargo, ND 58107-1677
ph: 701-356-7770
fx: 701-478-7771

| Date | Invoice No. |
|------|-------------|
| 06/07/13 | 2258A |

**Bill To:**

Segal McCambridge
233 South Wacker Drive Suite 5500
Chicago, IL 60606

| P.O. Number | Terms | Rep | Ship Via |
|-------------|-------|-----|----------|
| Merix vs CS | COD | | Cust. Pickup |

| Item | Description | Quantity/Hours | Price Each | Amount |
|------|-------------|----------------|------------|--------|
| 420 | Copies of the depositions of Brian M (2 of 2) , Jessica M (1 of 1 ) , Jennifer L (1 of 1) and Angela B (1 of 1) 6total discs | 6 | 30.00 | 180.00 |
| 610 | Shipping Ups Standard | 1 | 35.00 | 35.00 |
| | ND State + Fargo Local Sales Tax | | 7.50% | 2.63 |

| | | |
|---|---|---|
| | Total | $217.63 |
| | Payments/Cred | $0.00 |
| | Balance Due | $217.63 |

# Invoice

| | |
|---|---|
| Invoice No: | 1079 |
| Date: | 6/21/2013 |
| Terms: | Net 30 |
| Due Date: | 7/21/2013 |
| Order No: | CLVS |

P.O. Box 910
Pismo Beach, CA 93448

805-478-5829
coastallegalvideo@gmail.com

beldridge@smsm.com



**Coastal
Legal Video
Specialists**

**Bill To:**
Brian Eldridge, Esq.
233 South Wacker Drive
Suite 5500
Chicago, IL 60606

Merix v. Clinical Supplies Management
Gerald E. Finken, Volume 1
May 29, 2013

| Description | Qty/Hours | Rate | Amount |
|---|---|---|---|
| Copies of DVDs of videotaped deposition | 5.00 | $50.00 | $250.00 |
| Synchronization of videos with transcript and exhibits | 5.00 | $25.00 | $125.00 |

Thank you for your business.

| Total | $375.00 |
|---|---|

**Veritext**
**Western Regional Headquarters**



707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

**Bill To:** Brian Eldridge, Esq
Segal McCambridge Singer & Mahoney
233 S Wacker Dr.
Suite 5500
Chicago, IL, 60606-6366

| | |
|---|---|
| **Invoice #:** | CA1891268 |
| **Invoice Date:** | 11/8/2013 |
| **Balance Due:** | $669.25 |

| | |
|---|---|
| **Case:** | Merix Pharmaceutical Corp v. Clinical Supplies Management |
| **Job #:** | 1740855 \| Job Date: 10/9/2013 \| Delivery: Normal |
| **Billing Atty:** | Brian Eldridge, Esq |
| **Location:** | Segal McCambridge Singer & Maloney |
| | 15 Exchange Pl \| Ste 1020 \| Jersey City, NJ 07302 |
| **Sched Atty:** | Richard Kirk Cannon, Esq. \| Cannon & Associates |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Martin A. Jeiven | Video - Transcript Synchronization | Per hour | 6.75 | $641.25 |
| | Shipping & Handling - Video Media | Package | 1.00 | $28.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $669.25 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $669.25 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**THIS INVOICE IS 341 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

**To pay online, go to**
**www.Veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| Invoice #: | CA1891268 |
| Job #: | 1740855 |
| Invoice Date: | 11/8/2013 |
| Balance: | $669.25 |

55349

# INVOICE

CRCC
5050 Tilghman Street, Suite 120
Commerce Corporate Center, Plaza III
Allentown, PA  18104
Phone:1-866-318-1233   Fax:1-866-526-7208

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 128868 | 5/1/2013 | 40664 |
| **Job Date** | **Case No.** | |
| 4/1/2013 | | |
| **Case Name** | | |
| Merix Pharmaceutical Corporation vs. Clinical Supplies Management | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Eldridge, Brian H.
SEGAL, MCCAMBRIDGE, ET AL. (Chicago, IL office)
Suite 5500
233 South Wacker
Chicago, IL  60606

| | |
|---|---|
| Video Services: Steve Purdy | 1,320.00 |
| | **TOTAL DUE  >>>**   **$1,320.00** |

Claim No.        :  040510046070
Location of Job  :  West Conshohocken, PA
Reference No.    :  161717

John Mazione

| | |
|---|---|
| (-) Payments/Credits: | 1,320.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $0.00 |

**Tax ID:** 20-1906848

*Please detach bottom portion and return with payment.*

Eldridge, Brian H.
SEGAL, MCCAMBRIDGE, ET AL. (Chicago, IL office)
Suite 5500
233 South Wacker
Chicago, IL  60606

| | | |
|---|---|---|
| Invoice No. | : | 128868 |
| Invoice Date | : | 5/1/2013 |
| **Total Due** | : | **$ 0.00** |

Remit To: **CRCC**
**5050 Tilghman Street, Suite 120**
**Commerce Corporate Center, Plaza III**
**Allentown, PA  18104**

| | | |
|---|---|---|
| Job No. | : | 40664 |
| BU ID | : | CHUBB |
| Case No. | : | |
| Case Name | : | Merix Pharmaceutical Corporation vs. Clinical Supplies Management |

# Veritext
## Western Regional Headquarters

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569



| Bill To: | Adam Jagadich, Esq | | |
|---|---|---|---|
| | Segal McCambridge Singer & Mahoney | **Invoice #:** | CA1706759 |
| | 233 S Wacker Dr. | **Invoice Date:** | 3/20/2013 |
| | Suite 5500 | **Balance Due:** | $906.75 |
| | Chicago, IL, 60606-6366 | | |

| | |
|---|---|
| **Case:** | Merix Pharmaceutical Corp v. Clinical Supplies Management |
| **Job #:** | 1597899 \| Job Date: 2/25/2013 \| Delivery: Normal |
| **Billing Atty:** | Adam Jagadich, Esq |
| **Location:** | Kirby Noonan Lance & Hoge LLP |
| | 350 Tenth Avenue \| Suite 1300 \| San Diego, CA 92101 |
| **Sched Atty:** | Richard Kirk Cannon, Esq. \| Cannon & Associates |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Vicki Clauson | Video - Transcript Synchronization | Per hour | 9.25 | $878.75 |
| | Shipping & Handling - Video Media | Package | 1.00 | $28.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $906.75 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $906.75 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**THIS INVOICE IS 574 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

| | | |
|---|---|---|
| **To pay online, go to** | **Please remit payment to:** | **Invoice #:** CA1706759 |
| **www.Veritext.com** | **Veritext** | **Job #:** 1597899 |
| Veritext accepts all major credit cards | **P.O. Box 71303** | **Invoice Date:** 3/20/2013 |
| (American Express, Mastercard, Visa, Discover) | **Chicago IL 60694-1303** | **Balance:** $906.75 |

55349

# PRETRIAL/TRIAL TRANSCRIPT INVOICES

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN ILLINOIS

INVOICE NO: 20140086

**MAKE CHECKS PAYABLE TO:**

JEFFREY SINGER
SEGAL MC CAMBRIDGE
SINGER & MAHONEY
233 S WACKER DRIVE - ST. 5500
CHICAGO, IL 60606

Phone: (312) 645-7807

jsinger@smsm.com

VALARIE M. RAMSEY, RMR

P.O. BOX 16
HAZEL CREST, IL 60429

Phone: (708) 860-8482

| | | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|---|
| ☐ CRIMINAL ☒ CIVIL | | 09-03-2014 | 09-06-2014 |

**Case Style:** 11 CV 3318, MERIX PHARMACEUTICAL v CLINICAL SUPPLIES
PROCEEDINGS BEFORE HON. MATTHEW F. KENNELLY SEPTEMBER 3-4, 2014

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 163 | 4.85 | 790.55 | | | | | | | 790.55 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 790.55 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $790.55 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|
| | 09-06-2014 |

*(All previous editions of this form are cancelled and should be destroyed)*

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

INVOICE NO:  20090705

**─MAKE CHECKS PAYABLE TO:─**

Mr. Jeffrey Singer
Segal, Mc Cambridge, Singer, et al.
233 S. Wacker Drive
Suite 5500
Chicago, IL 60606
Phone:

Mary Lindbloom
Official Court Reporter
Room 5406
327 S. Church Street
Rockford, IL 61101
Phone:    (815) 987-4486

*mary_lindbloom@ilnd.uscourts.gov*

| | CRIMINAL | X CIVIL | DATE ORDERED: 09-08-2014 | DATE DELIVERED: 09-22-2014 |
|---|---|---|---|---|

**Case Style:** 11 C 3318, IN RE: Merix v. CMS
Trial Transcript:   9/8, 9/9, 9/11, 9/12, 9/15, 9/16, 9/17, 9/18, 9/19, 9/22/2014

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | 1961 | 7.25 | 14,217.25 | | | | | | | 14,217.25 |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | MISC. CHARGES: | | | | |
| | | | | | | TOTAL: | | | | 14,217.25 |
| | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | | | |
| | | | | | TAX (If Applicable): | | | | | |
| **Deposit Date: 09-08-2014** | | | | LESS AMOUNT OF DEPOSIT: | | | | | | 2,000.00 |
| | | | | | TOTAL REFUND: | | | | | |
| | | | | | TOTAL DUE: | | | | | $12,217.25 |

## ADDITIONAL INFORMATION
    Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

## CERTIFICATION
    I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: | DATE 09-23-2014 |
|---|---|

*(All previous editions of this form are
cancelled and should be destroyed)*

# PHOTOCOPYING/IMAGING INVOICES

**IST**
**The Company with Passion**

| **Bill To** | | **Invoice Date** | 9/9/2014 |
| --- | --- | --- | --- |
| Debbie Metzger | | **Invoice No** | **IST10244** |
| Segal McCambridge | | **Client/Matter** | **007051.000622** |
| 233 S. Wacker Drive, Suite 5500 | | | |
| Chicago, IL 60606 | | | |

| Description | Qty | Rate | Amount |
| --- | --- | --- | --- |
| IST Management -Black and White Copies of discovery records for paralegal review. | 1232 | 0.06 | 73.92 |
| IST Management - Color  Copies of trial exhibits for attorney review. | 450 | 0.89 | 400.50 |
| | **Total** | | 474.42 |

**IST**
**The Company with Passion**

| **Bill To** | | **Invoice Date** | 9/9/2014 |
| --- | --- | --- | --- |
| Debbie Metzger | | **Invoice No** | IST10241 |
| Segal McCambridge | | **Client/Matter** | 007051.000622 |
| 233 S. Wacker Drive, Suite 5500 | | | |
| Chicago, IL 60606 | | | |

| Description | Qty | Rate | Amount |
| --- | --- | --- | --- |
| IST Management - Black and White Copies of discovery documents for attorney review. | 3223 | 0.06 | 193.38 |

|  | Total | | 193.38 |
| --- | --- | --- | --- |

**IST**
**The Company with Passion**

| | | |
|---|---|---|
| **Bill To** | **Invoice Date** | **9/10/2014** |
| Debbie Metzger | **Invoice No** | **IST10243** |
| Segal McCambridge | **Client/Matter** | **007051.000622** |
| 233 S. Wacker Drive, Suite 5500 | | |
| Chicago, IL 60606 | | |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| IST Management - Black and White Copies of Trial exhibits records for attorney review. | 420 | 0.06 | 25.20 |

| | | |
|---|---|---|
| **Total** | | 25.20 |

**IST**
**The Company with Passion**

| **Bill To** | | **Invoice Date** | 9/10/2014 |
|---|---|---|---|
| Mirna Colon | | **Invoice No** | IST10247 |
| Segal McCambridge | | **Client/Matter** | 007051.000622 |
| 233 S. Wacker Drive, Suite 5500 | | | |
| Chicago, IL 60606 | | | |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| IST Management - Black and White  Copies of discovery records for attorney review. | 2457 | 0.06 | 147.42 |

| | Total | 147.42 |
|---|---|---|

**IST**
**The Company with Passion**

| **Bill To** | **Invoice Date** | 9/15/2014 |
|---|---|---|
| Debbie Metzger | **Invoice No** | IST10273 |
| Segal McCambridge | **Client/Matter** | 007051.000622 |
| 233 S. Wacker Drive, Suite 5500 | | |
| Chicago, IL 60606 | | |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| IST Management - Color Copies of discovery documents for attorney review. | 5 | 0.89 | 4.45 |
| IST Management - Black and White Copies of discovery documents for attorney review. | 38 | 0.06 | 2.28 |
| | | **Total** | 6.73 |

**IST**
**The Company with Passion**

| | | |
|---|---|---|
| **Bill To** | **Invoice Date** | 9/15/2014 |
| Debbie Metzger | **Invoice No** | IST10274 |
| Segal McCambridge | **Client/Matter** | 007051.000622 |
| 233 S. Wacker Drive, Suite 5500 | | |
| Chicago, IL 60606 | | |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| IST Management - Black and White Copies of discovery documents for attorney review. | 174 | 0.06 | 10.44 |
| IST Management - Color Copies of discovery documents for attorney review. | 8 | 0.89 | 7.12 |
| **Total** | | | 17.56 |

**IST**
**The Company with Passion**

| **Bill To** | | **Invoice Date** | **4/16/2014** |
|---|---|---|---|
| Tacy Bowman | | **Invoice No** | **IST9576** |
| Segal McCambridge | | **Client/Matter** | **007051.000622** |
| 233 S. Wacker Drive, Suite 5500 | | | |
| Chicago, IL 60606 | | | |

| **Description** | **Qty** | **Rate** | **Amount** |
|---|---|---|---|
| IST Management - Black and White Copies of motion summary judgement documents for judge review. | 732 | 0.06 | 43.92 |
| IST Management - Color Copies of motion summary judgement documents for judge review. | 114 | 0.89 | 101.46 |
| IST Management - (Spiral Bind Supplies) for Copies of motion summary judgement documents for judge review. | 9 | 3.50 | 31.50 |
| | **Total** | | 176.88 |

**IST**
**The Company with Passion**

| **Bill To** | | **Invoice Date** | **4/28/2014** |
|---|---|---|---|
| Tacy Bowman | | **Invoice No** | **IST9633** |
| Segal McCambridge | | **Client/Matter** | **007051.000622** |
| 233 S. Wacker Drive, Suite 5500 | | | |
| Chicago, IL 60606 | | | |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| IST Management - Spiral Bind supply for Copies of discovery materials for Attorney review. | 4 | 3.75 | 15.00 |

| | **Total** | | 15.00 |
|---|---|---|---|

**IST**
**The Company with Passion**

| Bill To | | Invoice Date | 8/6/2014 |
|---------|---|--------------|----------|
| Debbie Metzger | | Invoice No | IST10056 |
| Segal McCambridge | | Client/Matter | 007051.000622 |
| 233 S. Wacker Drive, Suite 5500 | | | |
| Chicago, IL 60606 | | | |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| IST Management - Black and White Copies of discovery records for paralegal review. | 801 | 0.06 | 48.06 |
| IST Management - Color Copies of discovery records for paralegal review. | 46 | 0.89 | 40.94 |
| **Total** | | | 89.00 |

**IST**
**The Company with Passion**

| **Bill To** | **Invoice Date** | 8/11/2014 |
|---|---|---|
| Debbie Metzger | **Invoice No** | IST10165 |
| Segal McCambridge | **Client/Matter** | 007051.000622 |
| 233 S. Wacker Drive, Suite 5500 | | |
| Chicago, IL 60606 | | |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| IST Management - Black and White Copies of Trial Exhibits for attorney review. | 2092 | 0.06 | 125.52 |
| IST Management - Color Copies of Trial Exhibits for attorney review. | 453 | 0.89 | 403.17 |
| | | **Total** | 528.69 |

**IST**
**The Company with Passion**

| **Bill To** | | **Invoice Date** | 8/13/2014 |
|---|---|---|---|
| Debbie Metzger | | **Invoice No** | IST10166 |
| Segal McCambridge | | **Client/Matter** | 007051.000622 |
| 233 S. Wacker Drive, Suite 5500 | | | |
| Chicago, IL 60606 | | | |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| IST Management - Black and White  Copies of discovery records for attorney review. | 13347 | 0.06 | 800.82 |
| IST Management - Color Copies of discovery records for attorney review. | 670 | 0.89 | 596.30 |
| **Total** | | | 1,397.12 |

**IST**
**The Company with Passion**

| **Bill To** | **Invoice Date** | 8/14/2014 |
|---|---|---|
| Brian Eldridge | **Invoice No** | IST10164 |
| Segal McCambridge | **Client/Matter** | 007051.000622 |
| 233 S. Wacker Drive, Suite 5500 | | |
| Chicago, IL 60606 | | |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| IST Management - Black and White Copies of discovery records for attorney review. | 2448 | 0.06 | 146.88 |
| IST Management - Color Copies of discovery records for attorney review. | 21 | 0.89 | 18.69 |
| | | **Total** | 165.57 |

**IST**
**The Company with Passion**

| **Bill To** | | **Invoice Date** | 8/29/2014 |
| --- | --- | --- | --- |
| Debbie Metzger | | **Invoice No** | IST10175 |
| Segal McCambridge | | **Client/Matter** | 007051.000622 |
| 233 S. Wacker Drive, Suite 5500 | | | |
| Chicago, IL 60606 | | | |

| Description | Qty | Rate | Amount |
| --- | --- | --- | --- |
| IST Management - Black and White  Copies of Trial exhibits for attorney review. | 1036 | 0.06 | 62.16 |
| IST Management - Black and White  Copies of Trial exhibits for attorney review. | 126 | 0.06 | 7.56 |
| IST Management - Color Copies of Trial exhibits for attorney review. | 877 | 0.89 | 780.53 |
| | **Total** | | 850.25 |

**IST**
**The Company with Passion**

| **Bill To** | | **Invoice Date** | 9/2/2014 |
|---|---|---|---|
| Debbie Metzger | | **Invoice No** | IST10182 |
| Segal McCambridge | | **Client/Matter** | 007051.000622 |
| 233 S. Wacker Drive, Suite 5500 | | | |
| Chicago, IL 60606 | | | |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| IST Management - Black and White Copies of Trial exhibits for attorney review. | 288 | 0.06 | 17.28 |

|  | Total | 17.28 |
|---|---|---|

**IST**
**The Company with Passion**

| **Bill To** | | | **Invoice Date** | 9/2/2014 |
| --- | --- | --- | --- | --- |
| Debbie Metzger | | | **Invoice No** | IST10183 |
| Segal McCambridge | | | **Client/Matter** | 007051.000622 |
| 233 S. Wacker Drive, Suite 5500 | | | | |
| Chicago, IL 60606 | | | | |

| Description | Qty | Rate | Amount |
| --- | --- | --- | --- |
| IST Management -Black and White Copies of discovery records for paralegal review. | 984 | 0.06 | 59.04 |

| | | **Total** | 59.04 |
| --- | --- | --- | --- |

**IST**
**The Company with Passion**

| **Bill To** | **Invoice Date** | 9/2/2014 |
|---|---|---|
| Debbie Metzger | **Invoice No** | IST10188 |
| Segal McCambridge | **Client/Matter** | 007051.000622 |
| 233 S. Wacker Drive, Suite 5500 | | |
| Chicago, IL 60606 | | |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| IST Management - Color Copies of Trial exhibits for attorney review. | 123 | 0.89 | 109.47 |
| IST Management - Black and White Copies of Trial exhibits for attorney review. | 2 | 0.06 | 0.12 |
| | **Total** | | 109.59 |

**IST**
**The Company with Passion**

| Bill To | Invoice Date | 9/3/2014 |
|---|---|---|
| Debbie Metzger | Invoice No | IST10196 |
| Segal McCambridge | Client/Matter | 007051.000622 |
| 233 S. Wacker Drive, Suite 5500 | | |
| Chicago, IL 60606 | | |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| IST Management - Black and White Copies of Trial exhibits records for attorney review. | 1257 | 0.06 | 75.42 |
| IST Management - Color Copies of Trial exhibits records for attorney review. | 566 | 0.89 | 503.74 |
| | **Total** | | 579.16 |

**IST**
**The Company with Passion**

| **Bill To** | **Invoice Date** | 9/3/2014 |
|---|---|---|
| Debbie Metzger | **Invoice No** | IST10197 |
| Segal McCambridge | **Client/Matter** | 007051.000622 |
| 233 S. Wacker Drive, Suite 5500 | | |
| Chicago, IL 60606 | | |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| IST Management - Black and White  Copies of discovery records for attorney review. | 12 | 0.06 | 0.72 |
| IST Management - Color Copies of discovery records for attorney review. | 155 | 0.89 | 137.95 |

|  | **Total** | 138.67 |
|---|---|---|

**IST**
**The Company with Passion**

| **Bill To** | | **Invoice Date** | 9/3/2014 |
| Debbie Metzger | | **Invoice No** | IST10198 |
| Segal McCambridge | | **Client/Matter** | 007051.000622 |
| 233 S. Wacker Drive, Suite 5500 | | | |
| Chicago, IL 60606 | | | |

| Description | Qty | Rate | Amount |
| --- | --- | --- | --- |
| IST Management - Black and White  Copies of trial exhibits discovery records for attorney review. | 42909 | 0.06 | 2,574.54 |
| IST Management - Color  Copies of trial exhibits discovery records for attorney review. | 5579 | 0.89 | 4,965.31 |
| | | **Total** | 7,539.85 |

**IST**
**The Company with Passion**

| **Bill To** | | **Invoice Date** | **9/4/2014** |
|---|---|---|---|
| Debbie Metzger | | **Invoice No** | **IST10215** |
| Segal McCambridge | | **Client/Matter** | **007051.000622** |
| 233 S. Wacker Drive, Suite 5500 | | | |
| Chicago, IL 60606 | | | |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| IST Management - Black and White Copies of discovery records for attorney review. | 813 | 0.06 | 48.78 |
| IST Management - Color Copies of discovery records for attorney review. | 1002 | 0.89 | 891.78 |
| | | **Total** | 940.56 |

**IST**
**The Company with Passion**

| | | |
|---|---|---|
| **Bill To** | **Invoice Date** | 9/8/2014 |
| Debbie Metzger | **Invoice No** | IST10227 |
| Segal McCambridge | **Client/Matter** | 007051.000622 |
| 233 S. Wacker Drive, Suite 5500 | | |
| Chicago, IL 60606 | | |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| IST Management - Black and White Copies of discovery records for attorney review. | 853 | 0.06 | 51.18 |

| | | |
|---|---|---|
| **Total** | | 51.18 |

**IST**
**The Company with Passion**

| **Bill To** | **Invoice Date** | **9/8/2014** |
|---|---|---|
| Debbie Metzger | **Invoice No** | **IST10228** |
| Segal McCambridge | **Client/Matter** | **007051.000622** |
| 233 S. Wacker Drive, Suite 5500 | | |
| Chicago, IL 60606 | | |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| IST Management - Color  Copies of discovery records (Merix Trial) for attorney review. | 253 | 0.89 | 225.17 |
| IST Management - Black and White Copies of discovery records (Merix Trial) for attorney review. | 19 | 0.06 | 1.14 |

| | Total | 226.31 |
|---|---|---|



934 Glenwood
Ave
Suite 250
Atlanta, GA

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/19/2014 | IST9360 |

| BILL TO: | REF: |
|----------|------|
| Tacy Bowman<br>Segal Mc Cambridge Singer & Mahoney<br>233 S. Wacker Drive, Suite 5500<br>Chicago, IL 60606 | |

| DUE DATE | CLIENT/MATTER # |
|----------|-----------------|
| 4/18/2014 | 7051-622 |

3

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| Blow Backs B&W | Production of discovery documents for attorney review | 1,359 | 0.06 | 81.54 |

| | **Total** | 81.54 |
|--|-----------|-------|



934 Glenwood
Ave
Suite 250
Atlanta, GA

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/18/2013 | IST8755 |

| BILL TO: | REF: |
|----------|------|
| Tacy Bowman<br>Segal Mc Cambridge Singer & Mahoney<br>233 S. Wacker Drive, Suite 5500<br>Chicago, IL 60606 | |

| DUE DATE | CLIENT/MATTER # |
|----------|-----------------|
| 11/17/2013 | 7051-688 6 22 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| Blowbacks Color | Production of Color discovery exhibits for attorney review | 460 | 0.89 | 409.40 |
| CDR | | 1 | 15.00 | 15.00 |

| | | | **Total** | 424.40 |



934 Glenwood
Ave
Suite 250
Atlanta, GA

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 4/16/2013 | IST8037 |

| BILL TO: | REF: |
|----------|------|
| Adam Jagadich<br>Segal McCambridge Singer & Mahoney<br>233 S. Wacker Suite 5500<br>Chicago, IL. 60606 | |

| | DUE DATE | CLIENT/MATTER # |
|---|----------|-----------------|
| | 4/16/2013 | 7051-622 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| C Light Litigation Copies | Production of documents for reviw. Merix Pharmaceutical Corp. v. Clinical Supplies Management Inc. | 1,151 | 0.09 | 103.59 |

Please remit to above address.

**Total**  103.59

# INVOICE

**DTI**



105 West Adams Street
Suite 1200
Chicago, IL 60603
Phone : 312-739-9999
Fax : 312-739-0899
Fed. ID No. : 58-2413793

Invoice Number: 725221

Invoice Date: 02/28/13

**Ship To:**
Segal McCambridge Singer &
Mahoney
233 South Wacker Drive
Sears Tower, Suite 5500
Chicago, IL 60606

**Bill To:**
Segal McCambridge Singer &
Mahoney
233 South Wacker Drive
Sears Tower, Suite 5500
Chicago, IL 60606
Tacy Bowman

| Customer ID | 15314 | | Job No. | IM 02-33485 |
|---|---|---|---|---|
| Terms | Net 15 Days | | ESI Project No. | |
| SalesPerson | CHI WMS | | Client / Matter No. | 705.622 |
| SalesPerson 2 | | | | |
| Cust. P.O. | | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 1 | Tech Time - Project Minimum<br>Branding Confidential & Burning Disc<br>Volumes: BLOCKRESEARCH001;<br>PORTERBROWN001 | 150.00 | 150.00 |

Thank you for choosing DTI
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 150.00 |
| Total Sales Tax: | 0.00 |
| Total: | 150.00 |

Accepted By: _____

**Remit To:** DTI
PO Box 933435
Atlanta, GA 31193-3435



934 Glenwood
Ave
Suite 250
Atlanta, GA

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 11/20/2012 | IST7828 |

| BILL TO | REF |
|---------|-----|
| Tacy Bowman<br>Segal Mc Cambridge Singer & Mahoney<br>233 S. Wacker Drive, Suite 5500<br>Chicago, IL 60606 | |

| DUE DATE | CLIENT/MATTER # |
|----------|-----------------|
| 11/20/2012 | 7051-622 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| Scans | Production of scanned documents to disk for Pracs-MX Binders. | 1,749 | 0.15 | 262.35 |
| CDR | | 1 | 15.00 | 15.00 |

Please remit to above address.

| Total | 277.35 |
|-------|--------|



**DTI**
105 West Adams Street
Suite 1200
Chicago, IL 60603
Phone : 312-739-9999
Fax : 312-739-0899
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number:  684921

Invoice Date:  08/21/12

Bill To:
Segal McCambridge Singer &
Mahoney
233 South Wacker Drive
Sears Tower, Suite 5500
Chicago, IL  60606
Tacy Bowman

Ship To:
Segal McCambridge Singer &
Mahoney
233 South Wacker Drive
Sears Tower, Suite 5500
Chicago, IL  60606

| | | |
|---|---|---|
| Customer ID | 15314 | |
| Terms | Net 15 Days | |
| SalesPerson | CHI MJM | |
| SalesPerson 2 | CHI WMS | |
| Cust. P.O. | | |

| | |
|---|---|
| Job No. | IM 08-30803 |
| ESI Project No. | |
| Client / Matter No. | 705.622 |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 1 | IMG - CD Mastering | 25.00 | 25.00 |
| 16 | IMG - PDF File Conversion | 0.01 | 0.16 |

Thank you for choosing DTI
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 25.16 |
| Total Sales Tax: | 0.00 |
| Total: | 25.16 |

Accepted By: _____

**Remit To:** DTI
PO Box 933435
Atlanta, GA  31193-3435



**DTI**
105 West Adams Street
Suite 1200
Chicago, IL 60603
Phone : 312-739-9999
Fax : 312-739-0899
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 684918

Invoice Date: 08/21/12

Bill To:
Segal McCambridge Singer &
Mahoney
233 South Wacker Drive
Sears Tower, Suite 5500
Chicago, IL 60606
Tacy Bowman

Ship To:
Segal McCambridge Singer &
Mahoney
233 South Wacker Drive
Sears Tower, Suite 5500
Chicago, IL 60606

| | | |
|---|---|---|
| Customer ID | 15314 | |
| Terms | Net 15 Days | |
| SalesPerson | CHI MJM | |
| SalesPerson 2 | CHI WMS | |
| Cust. P.O. | | |

| | |
|---|---|
| Job No. | IM 08-30823 |
| ESI Project No. | |
| Client / Matter No. | Mathew |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 657 | Scanning D work - Heavy Lit | 0.14 | 91.98 |
| 222 | Scanning - Color | 0.50 | 111.00 |
| 878 | IMG - PDF File Conversion | 0.01 | 8.78 |
| 879 | IMG - OCR | 0.02 | 17.58 |

Thank you for choosing DTI
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 229.34 |
| Total Sales Tax: | 0.00 |
| Total: | 229.34 |

Accepted By: _____

**Remit To:** DTI
PO Box 933435
Atlanta, GA 31193-3435



**DTI**
105 West Adams Street
Suite 1200
Chicago, IL 60603
Phone : 312-739-9999
Fax : 312-739-0899
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 684927

Invoice Date: 08/21/12

Bill To:
Segal McCambridge Singer &
Mahoney
233 South Wacker Drive
Sears Tower, Suite 5500
Chicago, IL 60606
Tacy Bowman

Ship To:
Segal McCambridge Singer &
Mahoney
233 South Wacker Drive
Sears Tower, Suite 5500
Chicago, IL 60606

| | | |
|---|---|---|
| Customer ID | 15314 | |
| Terms | Net 15 Days | |
| SalesPerson | CHI MJM | |
| SalesPerson 2 | CHI WMS | |
| Cust. P.O. | | |

| | | |
|---|---|---|
| Job No. | IM 08-030798 | |
| ESI Project No. | | |
| Client / Matter No. | Merix v. Clinical | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 29 | Scanning C work - Med. Lit | 0.12 | 3.48 |
| 1 | IMG - CD Mastering | 25.00 | 25.00 |
| 29 | IMG - TIFF to PDF Conversion | 0.01 | 0.29 |
| 29 | IMG - OCR | 0.02 | 0.58 |

Thank you for choosing DTI
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 29.35 |
| Total Sales Tax: | 0.00 |
| Total: | 29.35 |

Accepted By: _____

**Remit To:** DTI
PO Box 933435
Atlanta, GA 31193-3435



934 Glenwood
Ave
Suite 250
Atlanta, GA

# Invoice

| DATE | INVOICE # |
|---|---|
| 6/6/2012 | IST7098 |

| BILL TO: | REF: |
|---|---|
| Maria Rito<br>Segal McCambridge Singer & Mahoney<br>233 S. Wacker Suite 5500<br>Chicago, IL. 60606 | |

| DUE DATE | CLIENT/MATTER # |
|---|---|
| 7/6/2012 | 7051.622 (3) |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| C Light Litigation Copies | PRACS-MX Production of documents | 1,750 | 0.09 | 157.50 |
| Binder | | 2 | 12.50 | 25.00 |

Please remit to above address.

**Total**  182.50



934 Glenwood
Ave
Suite 250
Atlanta, GA

# Invoice

| DATE | INVOICE # |
|---|---|
| 6/1/2012 | IST7097 |

| BILL TO: | REF: |
|---|---|
| Maria Rito<br>Segal McCambridge Singer & Mahoney<br>233 S. Wacker Suite 5500<br>Chicago, IL. 60606 | |

| DUE DATE | CLIENT/MATTER # |
|---|---|
| 6/8/2012 | 7051.622 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| C Light Litigation Copies | Production of documents csm-1-1126 | 1,128 | 0.09 | 101.52 |
| Binder | | 1 | 12.50 | 12.50 |

Please remit to above address.

**Total** 114.02

Page 1 of 1

 **Document Efficiency At Work.®**
A RICOH COMPANY

# INVOICE

IKON Office Solutions, Inc. - Chicago, IL (North)
Phone: (312) 332-7777    Fax: (312) 332-2351
Federal ID: 230334400

| | |
|---|---|
| Invoice # | L0512010013 |
| Invoice Date: | 01/03/2012 |
| Due Date: | 02/02/2012 |
| Terms | Net 30 Days |
| Customer Code: | L05-S005 |
| Natl ID: | 26132 |

**BILL TO:**
SEGAL MCCAMBRIDGE SINGER & MAHONEY
WILLIS TOWER
SUITE 5500
CHICAGO, IL 60606

Price Using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 7051.0622 | Merix v. CSM & Cetero/PRACS | Per N.G.E request | William Heriford |

**Shipped TO:** SEGAL MCCAMBRIDGE SINGER & MAHONEY WILLIS TOWER SUITE 5500, CHICAGO, IL, 60606

| Sales Order | Order Date | Ordered By | | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|---|
| SO-1112-0230 | 12/29/2011 | **CARLY EVERETT** | | | | | |
| *721 | CD - Master(s) | | | 1.00 | 15.0000 | | 15.00 |
| *717 | OCR | | | 780.00 | 0.0300 | | 23.40 |
| *808 | LDD Grade B Offshore (page) | | | 780.00 | 0.0600 | | 46.80 |
| *711 | Image Capture C - Medium | | | 780.00 | 0.1000 | | 78.00 |
| *568 | B&W Copies C - Medium Litigation | | | 2,342.00 | 0.1000 | | 234.20 |
| *721 | PDF Conversion | | | 1,171.00 | 0.0200 | | 23.42 |
| | | | | | | Sales Order Total: | 420.82 |

| Shipment Totals: | Taxable Sales: | 0.00 | | | |
|---|---|---|---|---|---|
| | Sales Tax: | 0.00 | Postage: | 0.00 | |
| | * Non-Taxable: | 420.82 | Delivery: | 0.00 | Total Shipment: 420.82 |

---

**Please Pay From This Invoice**

Customer's duly authorized signature below is an agreement that the above-described work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due. Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law, will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connection of past due accounts.

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

| | |
|---|---|
| Taxable Sales: | 0.00 |
| Sales Tax: | 0.00 |
| * Non-Taxable: | 420.82 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** $ | 420.82 |

Received and Accepted by: _____    Date: _____

| Please pay from this copy. The party named on this bill is held responsible for payment. |
|---|

**Payment From:**
SEGAL MCCAMBRIDGE SINGER & MAHONEY
WILLIS TOWER
SUITE 5500
CHICAGO, IL 60606

| Amount Enclosed |
|---|
| $ |

Invoice: L0512010013
Invoice Date: 01/03/2012
Due Date: 02/02/2012
Customer Code: L05-S005
Natl ID: 26132

**Please Remit To:**
IKON Office Solutions, Inc.
LDS Great Lakes District - L05
1600 Solutions Center
Chicago, IL 60677-1005

**PAY THIS AMOUNT** $ 420.82



934 Glenwood
Ave
Suite 250
Atlanta, GA

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 6/8/2011 | ist5827 |

| BILL TO: | REF: |
|----------|------|
| Tacy Bowman<br>Segal Mc Cambridge Singer & Mahoney<br>233 S. Wacker Drive, Suite 5500<br>Chicago, IL 60606 | |

| DUE DATE | CLIENT/MATTER # |
|----------|-----------------|
| 6/9/2011 | 7051-622 3 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| Scans | Production of documents in the Merix V. Clinical Supplies Mgt case. | 417 | 0.15 | 62.55 |
| CDR | | 1 | 15.00 | 15.00 |

Please remit to above address.

**Total**     77.55

# WITNESS EXPENSES



Conlin Travel
Ann Arbor MI 48104
Phone: 888.364.1885
www.conlintravelhub.com/nsf

Sunday, 14SEP 2014 11:08 PM EDT
**Passengers**: **MAXINE KARLA FRITZ**

| | | | |
|---|---|---|---|
| **AIR** | **Wednesday, 17SEP 2014** | | |

**United Airlines**
OPERATED BY /SKYWEST DBA UNITED EXPRESS
**From**: San Luis Obispo CA, USA
**To**: San Francisco CA, USA
Stops: nonstop
Seats: 06C
Equipment: Embraer 120 Turboprop
ARRIVES SFO TERMINAL 3

**Flight Number**: 5418
**Depart**: 05:05 PM
**Arrive**: 06:07 PM
Duration: 1 hour(s) 2 minute(s)
Status: CONFIRMED

Class: U-Coach/Economy

Miles: 192 / 307 KM

| | | | |
|---|---|---|---|
| **AIR** | **Wednesday, 17SEP 2014** | | |

**United Airlines**
**From**: San Francisco CA, USA
**To**: Chicago O'Hare IL, USA
Stops: nonstop
Seats: 08F
Equipment: Boeing 757 200 Jet
DEPARTS SFO TERMINAL 3 - ARRIVES ORD TERMINAL 1

**Flight Number**: 0548
**Depart**: 07:20 PM
**Arrive**: 01:24 AM 18SEP
Duration: 4 hour(s) 4 minute(s)
Status: CONFIRMED
MEAL: FOOD FOR PURCHASE

Class: U-Coach/Economy

Miles: 1847 / 2955 KM

| | | | |
|---|---|---|---|
| **AIR** | **Friday, 19SEP 2014** | | |

**United Airlines**
**From**: Chicago O'Hare IL, USA
**To**: San Francisco CA, USA
Stops: nonstop
Seats: 35A
Equipment: Boeing 757 300 Jet
DEPARTS ORD TERMINAL 1 - ARRIVES SFO TERMINAL 3

**Flight Number**: 1017
**Depart**: 03:00 PM
**Arrive**: 05:29 PM
Duration: 4 hour(s) 29 minute(s)
Status: CONFIRMED
MEAL: FOOD FOR PURCHASE

Class: U-Coach/Economy

Miles: 1847 / 2955 KM

| | | | |
|---|---|---|---|
| **AIR** | **Friday, 19SEP 2014** | | |



**United Airlines**
OPERATED BY /SKYWEST DBA UNITED EXPRESS

| | | |
|---|---|---|
| **From**: San Francisco CA, USA | **Flight Number**: 5452 | Class: U-Coach/Economy |
| **To**: San Luis Obispo CA, USA | **Depart**: 06:40 PM | |
| Stops: nonstop | **Arrive** 07:50 PM | |
| Seats: | Duration: 1 hour(s) 10 minute(s) | |
| Equipment: Embraer 120 Turboprop | Status: CONFIRMED | Miles: 192 / 307 KM |
| DEPARTS SFO TERMINAL 3 | | |

**Ticket/Invoice Information**

Ticket for:     MAXINE.KARLA FRITZ
Date issued:     09/14/2014     Invoice nbr: 172125
Ticket Nbr:     0167427455147     Electronic Tkt: Yes     Amount: 971.20 USD
Form of Payment:     CA***********9502

| | |
|---|---|
| Base Fare: | 861.40 |
| Tax: | 109.80 |
| Air Fare: | 971.20 |
| Total Air Fare: | 971.20 |
| Total Invoiced: | 971.20 |

**Click here 24 hours in advance to obtain boarding passes:**
United

**Click here for carrier Baggage policies and fees:**
United
Check operating carrier website for any policies that may vary.

Click here for important information from the Department of Transportation regarding aircraft disinsection to or from select countries.

Y8M/CLIQCID-78520
* * * * * * ATTN SUPERVISORS * * * * * *
* * IF THE ITINERARY ABOVE IS NOT APPROVED * *
PLEASE CALL CONLIN TRAVEL WITHIN 24 HOURS OF BOOKING
* TO DISCUSS VOID/CANCELLATION OPTIONS *
* *
CONLIN TRAVEL OFFICE HOURS ARE 8AM-8PM MON-FRI
PLEASE CALL 888-364-1885.
FOR EMERGENCY ASSISTANCE OUTSIDE OF BUSINESS HOURS
PLEASE CALL 888-364-1885 AND YOUR CALL WILL BE
ANSWERED BY OUR AFTER HOURS SERVICE

****RECOMMENDATIONS****
Domestic Travel - Check-in 90 minutes prior to flight time.
International Travel - Check-in 3 hours prior to flight time.
Government Issued Photo I.D. is required at check-in.
Valid passports are REQUIRED for ALL flights to/from the United States.
TSA is now requiring all electronic devices be powered up before boarding.
Save your boarding passes for Frequent Flyer Mileage verification.

Airlines are now charging for checked luggage.
All Flight Reservations must be cancelled prior to departure.
Verify flight times and status with your airline for the most current information.



**Residence Inn Chicago Downtown/River North**
410 North Dearborn Street
Chicago, IL 60654 USA
1-312-494 9301

Page 1 of 1

## Summary of Charges

| Guest Information: | MAXINE FRITZ | Dates of Stay: | 09/17/2014 - 09/19/2014 |
| | | Room Number: | 1701 |
| | - | Guest Number: | 23799 |
| | | Rewards Number: | |
| | | Group Number: | |

| Date: | Description: | Reference: | Charges: | Credits: |
|-------|--------------|------------|----------|----------|
| 09/17/2014 | MARKET PACKAGED FOOD | PI001 | 2.26 | |
| 09/17/2014 | RESTAURANT TAX | TX001 | 0.24 | |
| 09/17/2014 | MARKET FROZEN FOOD | MZ002 | 3.39 | |
| 09/17/2014 | RESTAURANT TAX | TX002 | 0.36 | |
| 09/17/2014 | ROOM CHARGE | J11701 | 339.99 | |
| 09/17/2014 | CITY TAX | T31701 | 15.30 | |
| 09/17/2014 | OCCUPANCY SALES TAX | T11701 | 40.46 | |
| 09/18/2014 | ROOM CHARGE | J11701 | 279.99 | |
| 09/18/2014 | CITY TAX | T31701 | 12.60 | |
| 09/18/2014 | OCCUPANCY SALES TAX | T11701 | 33.32 | |
| 09/19/2014 | MASTER CARD | MC12:34PM | | 727.91 |

| Total Balance: | | | 0.00 USD |
|----------------|--|--|----------|

## Important Information

### Authenticity of Hotel Bills
Marriott retains official records of all charges and credits to your account and will honor only these records.

### Privacy
Your privacy is important to us. For full details, please view our Privacy Statement.

### Credit of Marriott Rewards Points
After a stay, it may take up to seven days for Marriott Rewards points to be credited to your account.

Questions about your bill? Please contact your hotel directly at 1-312-494 9301

*Thank you for riding with us!*

$ ___ Time ___ Date ___

**10.65**

Received from: ___

Cab fare from: ___

To: ___

Driver: ___

Cab#: ___

Account #: ___

**10.65**

312-829-4222
yellowcabchicago.com

312-243-2537
checkertaxichicago.com

312-226-8880
bluediamondtaxi.com

773-248-7600
773-248-7600
mericanunitedtaxiaffiliation.com

---

Flash Cab
Cab #85
773-561-4444
Chicago, IL
09/19/14 11:40

TRIP ID:
STRT TIME:
11:08
END TIME: 11:40
DIST: 18.10

FARE:$ 37.65
TIP:$ 7.93
EXTRAS:$ 2.00
TOTAL:$ 47.58
CARD BAL:$
OWED:$ 0.00

xxxx9502
MID445100500997
AUTH030742

SIGN HERE:

---

Jamba Juice
O'Hare International Airport
Chicago, IL 60666
(708) 531-1694
Purchase $    12.90

Master Card #SXXXXXXXXXXXX9502
Auth # 007560   Exp Date **/**
Lane # 01       Cashier # 5641
09/19/14 12:14  Ref/Seq # 019029
EPS Sequence    # 019029

THANK YOU FOR
SHOPPING WITH US!

M Aloha Pnppl MIL          $6.49
  Boost Whey Prtn X        $1.00
Popchip Salt & Vineg       $4.49

SUB TOTAL                 $11.98
IL State & Expo tax        $0.77
IL & Expo Tax              $0.15
SUB TOTAL INC TAX         $12.90
Master/Visa               $12.90
CHANGE                     $0.00

---

--ORIGINAL--
CHECKER TAXI
CAB # 0731
CUSTOMER COPY
09/18/14 TR 4494
START END MILES
01:29 01:50 17.6
FARE:  $  35.25
EXTRA: $   2.00
TOLL:  $   0.00
SRCH:  $   0.00
TIP:   $   7.45
TOTAL: $  44.70

CARD:      9502
AUTH:    043791

CALL 311 FOR
COMPLIMENTS OR
COMPLAINTS

--ORIGINAL--

---

STARBUCKS Store #2261
233 South Wacker Drive
Chicago, IL (312) 559-9930

CHK 677913
09/19/2014 07:26 AM
1838505  Drawer: 1 Reg: 3

Gr Skn Syrup Latte      4.15
  Sf Vanilla
Mints Peppermint        2.50
Mastercard              7.32
XXXXXXXXXXXX9502

Subtotal               $6.65
Tax 10.5%              $0.44
Tax 9.25%              $0.23
Total                  $7.32
Change Due            $0.00

-------- Check Closed --------
09/19/2014 07:26 AM

---

GLOBE TAXI

CREDIT RECEIPT
DRIVER: 00062872
CAB #:    6138
DATE : 09/19/14
TIME:07:15-07:21
RATE #:        1
STANDARD RATE
MILES R1:  1.20
TRIP#  : 13033
FARE :    $6.25
TIPS :    $2.00
TOTAL :   $8.25
MASTER C ***9502
AUTHOR.: 074029

CALL 311 FOR
COMPLIMENTS OR
COMPLAINTS.

```
CITY SERVICE TX.
-CREDIT RECEIPT-
PASSENGER COPY
HACK#:  00093857
CAB#:      3599
DATE:  9/18/2014
ST.TIME:   20:55
END TIME:  21:01
TRIP#:     8251
DIST :  1.00 MI
FARE :  $  5.65
EXTRA :  $  0.00
TIP  :  $  2.00
GR.TOT:  $  7.65
MASTER C****9502
AUTH#:   062820
.   CALL 311  .
FOR  COMPLIMENTS
OR COMPLAINTS
```

STAR OF SIAM
11 E ILLINOIS ST
CHICAGO, IL 60611
3126700100
3895000002479820

Merchant ID: 000002479820

Server ID: 34                Ref #: 0049

## Sale

XXXXXXXXXXXXX9502

MASTERCARD              Entry Method: Swiped

Amount:              $      12.16
Tip:
                           3.00
Total:              ----------
                      15.16
                    ===========

09/18/14                    14:06:03
Inv #: 000049          Appr Code: 080471
Transaction ID: 0518MCFBX75GR
Apprvd: Online          Batch#: 000116

Customer Copy

# Hilton
CHICAGO

*Hotel Stay*
*(Merix Trial)*

HILTON CHICAGO
720 South Michigan Avenue | Chicago, IL | 60605
T: 312 922-4400 | F: 312 922-5240
W: hilton.com          Billing Inquiries 312 431 6961

NAME AND ADDRESS:
FINKEN, GERALD
205 ENCANTO AVE

PISMO BEACH, CA 93449
US

*Gerald*

| | |
|---|---|
| Room: | 1652/D2RRX |
| Arrival Date: | 9/7/2014          4:40:00PM |
| Departure Date: | 9/24/2014 |
| Adult/Child: | 3/0 |
| Room Rate: | 364.00 |

RATE PLAN          L-T1

HH#  170911496 SILVER
AL
BONUS AL          CAR

Confirmation Number : 3139838893

9/24/2014     PAGE     1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 9/7/2014 | *ROOM SERVICE | LINTR | 15488413 | $40.20 | | |
| 9/7/2014 | GUEST ROOM | HFUJI | 15489115 | $364.00 | | |
| 9/7/2014 | HOTEL CITY TAX | HFUJI | 15489115 | $16.38 | | |
| 9/7/2014 | HOTEL STATE TAX | HFUJI | 15489115 | $43.32 | | |
| 9/8/2014 | GUEST ROOM | HFUJI | 15492205 | $364.00 | | |
| 9/8/2014 | HOTEL CITY TAX | HFUJI | 15492205 | $16.38 | | |
| 9/8/2014 | HOTEL STATE TAX | HFUJI | 15492205 | $43.32 | | |
| 9/9/2014 | GUEST ROOM | HFUJI | 15495461 | $364.00 | | |
| 9/9/2014 | HOTEL CITY TAX | HFUJI | 15495461 | $16.38 | | |
| 9/9/2014 | HOTEL STATE TAX | HFUJI | 15495461 | $43.32 | | |
| 9/10/2014 | GUEST ROOM | HFUJI | 15498764 | $364.00 | | |
| 9/10/2014 | HOTEL CITY TAX | HFUJI | 15498764 | $16.38 | | |
| 9/10/2014 | HOTEL STATE TAX | HFUJI | 15498764 | $43.32 | | |
| 9/11/2014 | GUEST ROOM | HFUJI | 15502538 | $364.00 | | |
| 9/11/2014 | HOTEL CITY TAX | HFUJI | 15502538 | $16.38 | | |
| 9/11/2014 | HOTEL STATE TAX | HFUJI | 15502538 | $43.32 | | |
| 9/12/2014 | GUEST ROOM | SBART | 15507049 | $364.00 | | |
| 9/12/2014 | HOTEL CITY TAX | SBART | 15507049 | $16.38 | | |
| 9/12/2014 | HOTEL STATE TAX | SBART | 15507049 | $43.32 | | |
| 9/13/2014 | GUEST ROOM | SBART | 15510277 | $364.00 | | |
| 9/13/2014 | HOTEL CITY TAX | SBART | 15510277 | $16.38 | | |
| 9/13/2014 | HOTEL STATE TAX | SBART | 15510277 | $43.32 | | |
| 9/14/2014 | GUEST ROOM | ACARSON | 15513442 | $364.00 | | |
| 9/14/2014 | HOTEL CITY TAX | ACARSON | 15513442 | $16.38 | | |
| 9/14/2014 | HOTEL STATE TAX | ACARSON | 15513442 | $43.32 | | |
| 9/15/2014 | *720 SOUTH GRILL | JLOPEZ | 15515885 | $19.68 | | |
| 9/15/2014 | GUEST ROOM | ACARSON | 15517144 | $364.00 | | |
| 9/15/2014 | HOTEL CITY TAX | ACARSON | 15517144 | $16.38 | | |

HILTON
HHONORS

CONRAD

Hilton

---

# Zip-Out Check-Out®

**Good Morning !  We hope you enjoyed your stay. With Zip-Out Check-Out®**
there is no need to stop at the Front Desk to check out.
- Please review this statement.  It is a record of your charges as of late last
  evening.
- For any charges after your account was prepared, you may:
  + pay at the time of purchase.
  + charge purchases to your account, then stop by the Front Desk for an
    updated statement.
  + or request an updated statement be mailed to you within two business days.
Simply dial 4794 and tell us when you are ready to depart.
Your account will be automatically checked out and you may use this
statement as your receipt. Feel free to leave your key(s) in the room.
*Please call the Front Desk if you wish to extend your stay or if you have any
questions about your account.*

| | |
|---|---|
| DATE OF CHARGE | FOLIO NO./CHECK NO. |
| | 2615179    A |
| AUTHORIZATION | INITIAL |
| PURCHASES & SERVICES | |
| TAXES | |
| TIPS & MISC. | |
| TOTAL AMOUNT | |
| PAYMENT DUE UPON RECEIPT | |

# Hilton
CHICAGO

HILTON CHICAGO

720 South Michigan Avenue | Chicago, IL | 60605

T: 312 922-4400 | F: 312 922-5240

W: hilton.com      Billing Inquiries 312 431 6961

NAME AND ADDRESS:
FINKEN, GERALD
205 ENCANTO AVE

PISMO BEACH, CA 93449
US

| | |
|---|---|
| Room: | 1652/D2RRX |
| Arrival Date: | 9/7/2014     4:40:00PM |
| Departure Date: | 9/24/2014 |
| Adult/Child: | 3/0 |
| Room Rate: | 364.00 |

RATE PLAN      L-T1

HH# 170911496 SILVER
AL
BONUS AL      CAR

Confirmation Number : 3139838893

9/24/2014    PAGE    2

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 9/15/2014 | HOTEL STATE TAX | ACARSON | 15517144 | $43.32 | | |
| 9/16/2014 | *ROOM SERVICE | LINTR | 15519798 | $32.97 | | |
| 9/16/2014 | GUEST ROOM | ACARSON | 15520580 | $364.00 | | |
| 9/16/2014 | HOTEL CITY TAX | ACARSON | 15520580 | $16.38 | | |
| 9/16/2014 | HOTEL STATE TAX | ACARSON | 15520580 | $43.32 | | |
| 9/17/2014 | *ROOM SERVICE | LINTR | 15523566 | $38.88 | | |
| 9/17/2014 | GUEST ROOM | ACARSON | 15524377 | $364.00 | | |
| 9/17/2014 | HOTEL CITY TAX | ACARSON | 15524377 | $16.38 | | |
| 9/17/2014 | HOTEL STATE TAX | ACARSON | 15524377 | $43.32 | | |
| 9/18/2014 | GUEST ROOM | ACARSON | 15528207 | $364.00 | | |
| 9/18/2014 | HOTEL CITY TAX | ACARSON | 15528207 | $16.38 | | |
| 9/18/2014 | HOTEL STATE TAX | ACARSON | 15528207 | $43.32 | | |
| 9/19/2014 | GUEST ROOM | HFUJI | 15531693 | $364.00 | | |
| 9/19/2014 | HOTEL CITY TAX | HFUJI | 15531693 | $16.38 | | |
| 9/19/2014 | HOTEL STATE TAX | HFUJI | 15531693 | $43.32 | | |
| 9/20/2014 | GUEST ROOM | HFUJI | 15535262 | $364.00 | | |
| 9/20/2014 | HOTEL CITY TAX | HFUJI | 15535262 | $16.38 | | |
| 9/20/2014 | HOTEL STATE TAX | HFUJI | 15535262 | $43.32 | | |
| 9/21/2014 | GUEST ROOM | HFUJI | 15539106 | $364.00 | | |
| 9/21/2014 | HOTEL CITY TAX | HFUJI | 15539106 | $16.38 | | |
| 9/21/2014 | HOTEL STATE TAX | HFUJI | 15539106 | $43.32 | | |
| 9/22/2014 | GUEST ROOM | HFUJI | 15543057 | $364.00 | | |
| 9/22/2014 | HOTEL CITY TAX | HFUJI | 15543057 | $16.38 | | |
| 9/22/2014 | HOTEL STATE TAX | HFUJI | 15543057 | $43.32 | | |
| 9/23/2014 | GUEST ROOM | ACARSON | 15546862 | $364.00 | | |
| 9/23/2014 | HOTEL CITY TAX | ACARSON | 15546862 | $16.38 | | |
| 9/23/2014 | HOTEL STATE TAX | ACARSON | 15546862 | $43.32 | | |

## Zip-Out Check-Out®

Good Morning ! We hope you enjoyed your stay. With Zip-Out Check-Out®
there is no need to stop at the Front Desk to check out.

- Please review this statement. It is a record of your charges as of late last evening.
- For any charges after your account was prepared, you may:
  + pay at the time of purchase.
  + charge purchases to your account, then stop by the Front Desk for an updated statement.
  + or request an updated statement be mailed to you within two business days.

Simply dial 4794 and tell us when you are ready to depart.
Your account will be automatically checked out and you may use this
statement as your receipt. Feel free to leave your key(s) in the room.

*Please call the Front Desk if you wish to extend your stay or if you have any questions about your account.*

| DATE OF CHARGE | | FOLIO NO./CHECK NO. |
|---|---|---|
| | | 2615179   A |
| AUTHORIZATION | INITIAL | |
| PURCHASES & SERVICES | | |
| TAXES | | |
| TIPS & MISC. | | |
| TOTAL AMOUNT | | |
| PAYMENT DUE UPON RECEIPT | | |



# Hilton
CHICAGO

HILTON CHICAGO

720 South Michigan Avenue | Chicago, IL | 60605

T: 312 922-4400 | F: 312 922-5240

W: hilton.com        Billing Inquiries 312 431 6961

NAME AND ADDRESS:
FINKEN, GERALD
205 ENCANTO AVE

PISMO BEACH, CA 93449
US

| | |
|---|---|
| Room: | 1652/D2RRX |
| Arrival Date: | 9/7/2014    4:40:00PM |
| Departure Date: | 9/24/2014 |
| Adult/Child: | 3/0 |
| Room Rate: | 364.00 |

RATE PLAN        L-T1

HH#  170911496 SILVER
AL
BONUS AL        CAR

Confirmation Number : 3139838893

9/24/2014    PAGE    3

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| | WILL BE SETTLED TO AX *1005 | | | | | $7,334.63 |
| | EFFECTIVE BALANCE OF | | | | | $0.00 |

*Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 3,900 hotels and resorts in 91 countries, please visit HHonors.com.*

*Thank you for choosing Hilton. You'll get more when you book directly with us - more destinations, more points, and more value. Book your next stay at hilton.com.*

HILTON
HHONORS

CONRAD


Hilton



---

## Zip-Out Check-Out®

Good Morning !  We hope you enjoyed your stay. With **Zip-Out Check-Out**® there is no need to stop at the Front Desk to check out.

- Please review this statement.  It is a record of your charges as of late last evening.
- For any charges after your account was prepared, you may:
  + pay at the time of purchase.
  + charge purchases to your account, then stop by the Front Desk for an updated statement.
  + or request an updated statement be mailed to you within two business days.

Simply dial 4794 and tell us when you are ready to depart. Your account will be automatically checked out and you may use this statement as your receipt. Feel free to leave your key(s) in the room.
*Please call the Front Desk if you wish to extend your stay or if you have any questions about your account.*

| | |
|---|---|
| DATE OF CHARGE | FOLIO NO./CHECK NO. |
| | 2615179  A |
| AUTHORIZATION | INITIAL |
| PURCHASES & SERVICES | |
| TAXES | |
| TIPS & MISC. | |
| TOTAL AMOUNT | |
| PAYMENT DUE UPON RECEIPT | |

# <u>Gerald Finken</u>

Flight Information:

 

Confirmation:
HL1GD1
<u>Check-In ></u>

Issue Date: August 30, 2014

| Traveler | eTicket Number | Frequent Flyer | | Seats |
|---|---|---|---|---|
| FINKEN/GERALDEMR | 0162420396833 | UA-NGX4XXXX | Premier 1K / *G | 2B/12D/8D/8B |

## FLIGHT INFORMATION

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Sun, 07SEP14 | UA5348E | | SAN LUIS OBISPO, CA (SBP) **6:15 AM** | LOS ANGELES, CA (LAX) **7:31 AM** | EMB-120 | |
| | | | Flight operated by SKYWEST AIRLINES doing business as UNITED EXPRESS with turboprop equipment. | | | |
| Sun, 07SEP14 | UA1405E | | LOS ANGELES, CA (LAX) **9:05 AM** | CHICAGO, IL (ORD - O'HARE) **3:11 PM** | 757-200 | Purchase |
| Fri, 19SEP14 | UA1279H | | CHICAGO, IL (ORD - O'HARE) **3:43 PM** | LOS ANGELES, CA (LAX) **6:07 PM** | 737-900 | Purchase |
| Fri, 19SEP14 | UA5399H | | LOS ANGELES, CA (LAX) **6:59 PM** | SAN LUIS OBISPO, CA (SBP) **7:59 PM** | EMB-120 | |
| | | | Flight operated by SKYWEST AIRLINES doing business as UNITED EXPRESS with turboprop equipment. | | | |

## FARE INFORMATION

| Fare Breakdown | | Form of Payment: |
|---|---|---|
| Airfare: | 907.91USD | AMERICAN EXPRESS |
| U.S. Federal Transportation Tax: | 68.09 | Last Four Digits 1005 |
| U.S. Flight Segment Tax: | 16.00 | |
| September 11th Security Fee: | 11.20 | |
| U.S. Passenger Facility Charge: | 18.00 | |
| Per Person Total: | 1,021.20USD | |
| eTicket Total: | 1,021.20USD | |

The airfare you paid on this itinerary totals: 907.91 USD

The taxes, fees, and surcharges paid total: 113.29 USD

| Fare Rules: | Additional charges may apply for changes in addition to any fare rules listed. |
|---|---|
| | NONREF/0VALUAFTDPT/CHGFEE<br>Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE. |
| Add Collect: | An additional amount for the difference in fare was charged to AMERICAN EXPRESS AXXXXXXXXXXXXX1005 on Saturday, August 30, 2014. $565.00 USD per ticket for an additional total of $565.00 USD was collected. |
| Additional Charges: | Sat., Aug. 30, 2014/American Express 1005 was charged 200.00 USD for the following: Change Fee / EDD 01629228948653 |
| | Mon., Aug. 11, 2014/American Express 1005 was charged 79.00 USD for the following: Cabin Upgrade / EDD 01629213190861 |

**Baggage allowance and charges for this itinerary.**

**Baggage fees are per traveler**

| Origin and destination for checked baggage | 1st bag | 2nd bag | Max wt / dim per piece |
|---|---|---|---|
| 9/7/2014 San Luis Obispo, CA (SBP) to Chicago, IL (ORD - O'Hare) | 0.00 USD | 0.00 USD | 70.0lbs (32.0kg) - 62.0in (157.0cm) |
| 9/19/2014 Chicago, IL (ORD - O'Hare) to San Luis Obispo, CA (SBP) | 0.00 USD | 0.00 USD | 70.0lbs (32.0kg) - 62.0in (157.0cm) |

Baggage check-in must occur with United or United Express, and you must have valid MileagePlus Premier® 1K® membership at time of check-in to qualify for waiver of service charges for up to three checked bags (within specified size and weight limits).

Additional Baggage Information

**The above amounts represent an estimate of the first and second checked baggage service charges that may apply to your itinerary.**

**If your itinerary contains multiple travelers, the service charges may vary by traveler, depending on status or memberships.**

**Carry-on baggage information**

United accepts one carry-on item with maximum dimensions of 9"x14"x22" (22 cm + 35 cm + 56 cm) in the aircraft cabin, along with one personal item such as a laptop bag with maximum dimensions of 9"x10"x17" (22 cm + 25 cm + 43 cm).

Due to FAA regulations, operating carriers may have different carry-on requirements.

Please check with the operating carrier for more information or go to united.com.

**General Baggage Information**

First and second bag service charges do not apply to active-duty members of the U.S. military and their accompanying dependents. For additional information regarding baggage charges

allowances, weight/size restrictions, exceptions or embargoes, or charges for overweight, oversized, excess, odd-sized baggage, special items

or sporting equipment, visit united.com/baggage.

---

eTicket Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 30 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met.

**EXCEPTION**: When departing from Anchorage, Atlanta, Chicago, Cincinnati, Cleveland, Denver, Fort Lauderdale, Honolulu, Houston, Indianapolis, Jacksonville, Kahului, Kona, Las Vegas, Los Angeles,

Maui, Miami, Newark, Orange County (SNA), Orlando, Philadelphia, Phoenix, Reno, San Francisco, San Juan, PR, St. Louis, Seattle, Tampa or Washington, DC (both IAD and DCA), the check in requirement time for Passengers and Bags is 45 minutes.

- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 15 minutes prior to scheduled departure.

- Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.

- Bring your boarding pass or this eTicket Receipt along with photo identification to the airport.

- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger.

- For up to the minute flight information, sign-up for your Flight Status E-mail at united.com or call 1-800-824-6200; in Spanish 1-800-426-5561.

- If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket.

- For the most current status of your reservation, flights and other important policies, go to united.com.

- Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules above.

Additional Baggage Information

**The above amounts represent an estimate of the first and second checked baggage service charges that may apply to your itinerary.**

**If your itinerary contains multiple travelers, the service charges may vary by traveler, depending on status or memberships.**

**Carry-on baggage information**

United accepts one carry-on item with maximum dimensions of 9"x14"x22" (22 cm + 35 cm + 56 cm) in the aircraft cabin, along with one personal item such as a laptop bag with maximum dimensions of 9"x10"x17" (22 cm + 25 cm + 43 cm).

Due to FAA regulations, operating carriers may have different carry-on requirements.

Please check with the operating carrier for more information or go to united.com.

**General Baggage Information**

First and second bag service charges do not apply to active-duty members of the U.S. military and their accompanying dependents. For additional information regarding baggage charges allowances, weight/size restrictions, exceptions or embargoes, or charges for overweight, oversized, excess, odd-sized baggage, special items or sporting equipment, visit united.com/baggage.

---

eTicket Reminders

**Check-in Requirement** - Bags must be checked and boarding passes obtained at least 30 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met.

**EXCEPTION**: When departing from Anchorage, Atlanta, Chicago, Cincinnati, Cleveland, Denver, Fort Lauderdale, Honolulu, Houston, Indianapolis, Jacksonville, Kahului, Kona, Las Vegas, Los Angeles,

Maui, Miami, Newark, Orange County (SNA), Orlando, Philadelphia, Phoenix, Reno, San Francisco, San Juan, PR, St. Louis, Seattle, Tampa or Washington, DC (both IAD and DCA), the check in requirement time for Passengers and Bags is 45 minutes.

**Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 15 minutes prior to scheduled departure.

Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied

**Tami Nielsen**

| | |
|---|---|
| **From:** | Jennifer Lauinger |
| **Sent:** | Thursday, September 25, 2014 10:29 AM |
| **To:** | Tami Nielsen |
| **Subject:** | FW: Expedia travel confirmation - Sep 16 - (Itin# 185336971734) |

And this would be my flight – thanks!

*Jennifer*



Jennifer Lauinger
Sr. Director, Business
Administration

342 42nd St S  |  Fargo, ND 58103
701.893.7214 Direct
701.235.8002 ext. 7214 Main
701.235.8014 Fax
www.csmondemand.com

Confidentiality Notice:
This email contains confidential and privileged material for the sole use of the intended recipient. If you are not the
intended recipient, please notify the sender immediately and delete all copies of the e-mail. You should not copy,
distribute, or disclose its contents to any third parties.

**From:** Expedia Travel Confirmation [mailto:Confirmation@ExpediaConfirm.com]
**Sent:** Monday, September 15, 2014 9:20 AM
**To:** Jennifer Lauinger
**Subject:** Expedia travel confirmation - Sep 16 - (Itin# 185336971734)



## Thank you for booking with Expedia! Your booking is confirmed.

You can manage your reservation or review your itinerary online for the most up-to-date information.

 **Access your itinerary anywhere.**

GET THE FREE APP  

### Chicago
Sep 16, 2014 - Sep 19, 2014  |  Itinerary # 185336971734

**E-Ticket** *This email can be used as an e-ticket.*     Itinerary # **185336971734**

To get the most up-to-date version of your trip, go to your online itinerary and print a copy to take with you.

## Important Information

- Remember to bring your itinerary and government-issued photo ID for airport check-in and security.

---

**Fargo (FAR) → Chicago (ORD)**
Sep 16, 2014 - Sep 19, 2014 , 1 round trip ticket

CONFIRMED
United                O12BN0

---

Your reservation is booked and confirmed. There is no need to call us to reconfirm this reservation.

**Traveler Information**

| | | |
|---|---|---|
| jennifer lauinger | No frequent flyer | Ticket # |
| Adult | details provided | 0167493654980 |

\* Seat assignments, special meals, frequent flyer point awards and special assistance requests should be confirmed directly with the airline.

**Sep 16, 2014** - Departure Nonstop            Total travel time: 1 h 48 m

Fargo                Chicago                1 h 48 m
FAR  10:35am      ORD  12:23pm            564 mi
Terminal 1

United  4527 Operated by /EXPRESSJET AIRLINES DBA UNITED EXPRESS
Economy / Coach (M) | Seat **24D** | Confirm or change seats with the airline\*

**Sep 19, 2014** - Return Nonstop            Total travel time: 1 h 53 m

Chicago              Fargo                  1 h 53 m
ORD  4:00pm       FAR  5:53pm              564 mi
United  6117 Operated by /EXPRESSJET AIRLINES DBA UNITED EXPRESS
Economy / Coach (M) | Confirm seats with the airline \*

**Airline Rules & Regulations**

- We understand that sometimes plans change. We do not charge a cancel or change fee. When the airline charges such fees in accordance with its own policies, the cost will be passed on to you.
- **Tickets are nonrefundable, nontransferable and name changes are not allowed.**
- Please read the complete penalty rules for changes and cancellations applicable to this fare.
- Please read important information regarding airline liability limitations.

### Price Summary

| | |
|---|---|
| **Traveler 1: Adult** | **$953.20** |
| Flight | $860.47 |
| Taxes & Fees | $92.73 |
| Expedia Booking Fee | $0.00 |
| **Total:** | **$953.20** |

All prices quoted in US dollars.

### Additional Flight Services

- The airline may charge additional fees for checked baggage or other optional services.

2

## Need help with your reservation?

- Visit our Customer Support page.
- Call us at 1-877-261-3523
- For faster service, mention itinerary # **185336971734**

Expedia +rewards

**191 points** Expedia

For Rewards members

Join Expedia +rewards

## Complete Your Trip



**Because you booked a flight,** save up to 55% on select hotels
Add a Hotel

Get around
Add a Car

Get out and explore
Add an activity

You are receiving this transactional email based on a recent booking or account-related update on Expedia

© 2014 Expedia, Inc. All rights reserved. Expedia, Expedia Extras, Best Price Guarantee, Trend Tracker, Insiders' Select and the Airplane logos are registered trademarks, or trademarks, of Expedia, Inc. in the U.S. and/or other countries. Other product and company names mentioned herein may be trademarks of their respective owners.

(EMID: ETNI_ENSPC_1 0_1_01_M_en)(MC: 201408160819339)(EPID: X)(ETID: 863726)

# Hilton
### CHICAGO

HILTON CHICAGO
720 South Michigan Avenue | Chicago, IL | 60605
T: 312 922-4400 | F: 312 922-5240
W: hilton.com    Billing Inquiries 312 431 6961

NAME AND ADDRESS:
Lauinger, Jennifer
342 42nd ST S

Fargo, ND 58103
US

| | |
|---|---|
| Room: | 2440/D2T |
| Arrival Date: | 9/16/2014    1:44:00PM |
| Departure Date: | 9/19/2014 |
| Adult/Child: | 1/0 |
| Room Rate: | 334.00 |

RATE PLAN        L-P5

HH#
AL
BONUS AL        CAR

Confirmation Number : 3150668218

9/19/2014    PAGE    1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 9/16/2014 | NOSHOW: 1 NIGHT(S) AT $334.00/NIGHT FOR ARRIVAL 9/15/2014 [XFR FR RM LAUINGER, JENNIFER:RCPT A] | JBRES | 15519266 | $334.00 | | |
| 9/16/2014 | HOTEL CITY TAX [XFR FR RM LAUINGER, JENNIFER:RCPT A] | JBRES | 15519266 | $15.03 | | |
| 9/16/2014 | HOTEL STATE TAX [XFR FR RM LAUINGER, JENNIFER:RCPT A] | JBRES | 15519266 | $39.75 | | |
| 9/16/2014 | VS *7058 | JBRES | 15519267 | | $388.78 | |
| 9/16/2014 | *ROOM SERVICE | LINTR | 15519901 | $75.70 | | |
| 9/16/2014 | GUEST ROOM | ACARSON | 15521223 | $334.00 | | |
| 9/16/2014 | HOTEL CITY TAX | ACARSON | 15521223 | $15.03 | | |
| 9/16/2014 | HOTEL STATE TAX | ACARSON | 15521223 | $39.75 | | |
| 9/17/2014 | GUEST ROOM | ACARSON | 15525026 | $334.00 | | |
| 9/17/2014 | HOTEL CITY TAX | ACARSON | 15525026 | $15.03 | | |
| 9/17/2014 | HOTEL STATE TAX | ACARSON | 15525026 | $39.75 | | |
| 9/18/2014 | GUEST ROOM | ACARSON | 15528942 | $334.00 | | |
| 9/18/2014 | HOTEL CITY TAX | ACARSON | 15528942 | $15.03 | | |
| 9/18/2014 | HOTEL STATE TAX | ACARSON | 15528942 | $39.75 | | |

WILL BE SETTLED TO VS *7058                                      $1,242.04

EFFECTIVE BALANCE OF                                      $0.00

## Zip-Out Check-Out®

**Good Morning !  We hope you enjoyed your stay. With Zip-Out Check-Out®
there is no need to stop at the Front Desk to check out.**

- Please review this statement.  It is a record of your charges as of late last
  evening.
- For any charges after your account was prepared, you may:
  + pay at the time of purchase.
  + charge purchases to your account, then stop by the Front Desk for an
    updated statement.
  + or request an updated statement be mailed to you within two business days.
  Simply dial 4794 and tell us when you are ready to depart.
Your account will be automatically checked out and you may use this
statement as your receipt. Feel free to leave your key(s) in the room.
*Please call the Front Desk if you wish to extend your stay or if you have any
questions about your account.*

| DATE OF CHARGE | | FOLIO NO./CHECK NO. |
|---|---|---|
| | | 2623966    A |
| AUTHORIZATION | INITIAL | |
| PURCHASES & SERVICES | | |
| TAXES | | |
| TIPS & MISC. | | |
| TOTAL AMOUNT | | |
| PAYMENT DUE UPON RECEIPT | | |

# UNITED 

## Baggage Receipt

Issue Date: 19 SEP 2014 ORD ATO

STAR ALLIANCE MEMBER

| Baggage Document | Description | Qty | Fees | Method of Payment |
| --- | --- | --- | --- | --- |
| 0162604961249 | First Bag Fee | 1 | $25.00 | Visa X XXXXXXXXXX7058 |

**Ticket Number**
0167493654980

**Cardholder Name**
JENNIFER LAUINGER

## BAGGAGE FEES    Total Fees          USD $25.00

Confirmation:  C12BNO

**Excess Baggage Terms and Conditions:**
- All excess baggage is subject to space availability.
- Receipt for payment must be presented at bag check.
- For refunds or adjustments, see a United representative.

| Carrie | Routing |
| --- | --- |
| UA | ORD - EAR |

*Chicago-legal*

AGENT REFERENCE: GG ESC BAG



# FINANCIAL



**October 2014 Statement**   09/12/2014 - 10/14/2014                                      Page 2 of 3

CSM
ANGELA BUCHANAN (CPN 000843635)                    **Cardmember Service** ( 1-866-552-8855

## Important Messages

Paying Interest: You have a 24 to 30 day interest-free period for Purchases provided you have paid your previous balance in full by the Payment Due Date shown on your monthly Account statement. In order to avoid additional INTEREST CHARGES on Purchases, you must pay your new balance in full by the Payment Due Date shown on the front of your monthly Account statement.

There is no interest-free period for transactions that post to the Account as Advances or Balance Transfers except as provided in any Offer Materials.  Those transactions are subject to interest from the date they post to the Account until the date they are paid in full.

## Transactions

### Payments and Other Credits

| Post Date | Trans Date | Ref # | Transaction Description | Amount | Notation |
|---|---|---|---|---|---|
| 09/16 | 09/15 | 9597 | HERTZ RENT-A-CAR       HERTZ PPAY   OK   MERCHANDISE/SERVICE RETURN | $326.28CR | _____ |
| | | | **TOTAL THIS PERIOD** | **$326.28CR** | |

### Purchases and Other Debits

| Post Date | Trans Date | Ref # | Transaction Description | Amount | Notation |
|---|---|---|---|---|---|
| 09/12 | 09/11 | 5678 | LUCKY'S 13 PUB       FARGO       ND | $109.37 | _____ |
| 09/15 | 09/14 | 9593 | HERTZ RENT-A-CAR       HERTZ PPAY   OK | $426.28 | _____ |
| 09/17 | 09/15 | 3841 | UNITED  0167493660482 800-932-2732 TX  CALKINSHUMRICH 09/16/14  FARGO       TO OHARE  OHARE       TO FARGO | $953.20 | _____ |
| 09/17 | 09/16 | 7520 | CHI TAXI 4255       CHICAGO       IL | $48.30 | _____ |
| 09/17 | 09/16 | 7212 | CHICAGO ELITE 2       CHICAGO       IL | $8.56 | _____ |
| 09/18 | 09/16 | 1931 | CHOICE TAXI 414       CHICAGO       IL | $8.65 | _____ |
| 09/18 | 09/16 | 7219 | UNITED  0162604795161 800-932-2732 TX  CALKINSHUM/FIR 09/16/14  FARGO       TO OHARE | $25.00 | _____ |
| 09/18 | 09/17 | 4632 | CURB       ALEXANDRIA  VA | $9.75 | _____ |
| 09/19 | 09/18 | 8806 | CURB       ALEXANDRIA  VA | $8.85 | _____ |
| 09/22 | 09/19 | 8611 | UNITED  0162604961259 800-932-2732 TX  CALKINSHUM/FIR 09/19/14  OHARE       TO FARGO | $25.00 | _____ |
| 09/25 | 09/23 | 7085 | GREEN MILL RESTAURANT  701-2988000  ND | $27.49 | _____ |
| 09/29 | 09/28 | 9289 | ZAZZLE.COM       800-980-9890 CA | $126.05 | _____ |
| 10/06 | 10/03 | 9613 | CENTURY CINEMA-2511  FARGO       ND | $210.00 | _____ |
| 10/06 | 10/03 | 5966 | OFFICE DEPOT #1090       800-463-3768 MA | $64.49 | _____ |
| 10/06 | 10/03 | 4618 | NABP       847-3914406  IL | $995.00 | _____ |
| 10/07 | 10/06 | 3791 | FM CHAMBER       FMCHAMBER.COM MN | $25.00 | _____ |
| 10/09 | 10/02 | 1575 | GEAMI LTD       877-8882030  OH | $26.21 | _____ |
| | | | **TOTAL THIS PERIOD** | **$3,097.20** | |

*Continued on Next Page*

**UNITED**

### Baggage Receipt
Issue Date: 19 SEP 2014 ORD ATO

A STAR ALLIANCE MEMBER ✷

| ...gage Document | Description | Qty | Fees | Method of Payment |
|---|---|---|---|---|
| ..2604961259 | First Bag Fee | 1 | $25.00 | Visa XXXXXXXXXXXXX2479 |

ket Number
7493660482

Cardholder Name
ANGELA BUCHANAN

**...GGAGE FEES**   Total Fees      **USD $25.00**      Confirmation: **012PHF**

...ss Baggage Terms and Conditions:

...ll excess baggage is subject to space availability.

...ceipt for payment must be presented at bag check.

...or refunds or adjustments, see a United representative.

| Carrier | Routing |
|---|---|
| UA | ORD - FAR |

*Travel from CHICAGO → FARGO*
*23SEP14*

AGENT REFERENCE : GG 1SC BAG

:)

### PASSENGER RECEIPT   1 OF 1
16SEP14
ML/DB1C94    /FARGO

CALKINSHUMRICH/ANGELAK
 **NOT VALID FOR**
 **TRANSPORTATION*   PSGR TICKET   01674936604821

FAR EV ORD                          012PHF

1 FIRST CHECKED BAG 25.00

USD    25.00        VIXXXXXXXXXXXXX2479/XXXX/906112

*Travel from FARGO → CHICAGO*

USD    25.00      *23SEP14*

**EXCESS BAGGAGE
TICKET**

**THIS IS YOUR RECEIPT**

**FOR CONDITIONS OF
CONTRACT - SEE
PASSENGER TICKET AND
BAGGAGE CHECK**

**NOT VALID FOR TRAVEL**

1 016 2604795161 4

# PROCESS SERVER EXPENSES



**Paul Swearingen**
13745 S. Venetian Ct.
Orland Park, IL 60467-1018

(312) 316-9383

20 July 2012

Segal McCambridge Singer & Mahoney
233 S. Wacker Drive, Suite 5500
Chicago, Illinois 60606

Dear Mr. Eldridge:

In reference to your file concerning Merix Pharmaceutical Corporation v. Clinical Supplies management, Inc. ( 7051-622 ). Report enclosed for your review.
As always, any further assistance you may require. Please do not hesitate to contact me.

Service rendered:

Will, Cook and Lake Counties, Illinois.
Six locations of service.
6.5 hours & 237 miles.

Fee: $ 360.00

Thank you,

*Paul Swearingen*

Paul Swearingen

**Paul Swearingen**

(312) 316-9383

13745 S. Venetian Ct.
Orland Park, IL 60467-1018

20 July 2012

Segal McCambridge Singer & Mahoney
233 S. Wacker Drive, Suite 5500
Chicago, Illinois 60606

Dear Mr. Eldridge:

In reference to your file concerning Merix Pharmaceutical Corporation v. Clinical Supplies Management, Inc. ( 7051-622 ). On 7/18/12, I received documents from your office for next day service. On the afternoon of 7/18/12, I proceeded to 10061 W. Lincoln Hwy., Frankfort, Illinois. At this location Paula Ackerman, assistant to Kathy Kolodziej accepted the Subpoena For Documents for Kathy Kolodziej.

On 7/19/12, I proceeded to 1110 Thorndale Road Bensenville, Illinois. This office location is now occupied by a different company. I asked the occupants if they knew of Pharmaceutical Laboratories Consultants, Inc.. They mentioned, it was probably the renters to this office before them and they did not know who to contact.

Contacting your assistant, I was provided with another possible address of 1514 Brookside Drive Hoffman Estates, Illinois for James Stephen. I then proceeded to 1514 Brookside Drive Hoffman Estates. Location is a home and there was no answer to my knocking on the door numerous times at 11:45 a.m. this date.

I then proceeded to 845 Oakton Street Elk Grove Village, Illinois. At this location Kathleen Schneider secretary to Anthony Massaro accepted the Subpoena For Documents for Anthony Massaro.

Proceeding to 1023 Marion Avenue Highland Park, Illinois. Location is a home. Knocking on the front and side doors numerous times, no answer. There was a dog in the house and the name Block on the front steep.

I then informed your assistant that James Stephen and Tamera Block were not home during the day. They were probably working during the day and I would be required to return to these two locations in the evening hours for service. Your assistant instructed me to return to the two locations in the late evening hours for service.

On 7/19/12, I returned to 1514 Brookside Drive Hoffman Estates at 7:10 p.m.. At this time James Stephen was handed a Subpoena and letter from your office. During my brief conversation with James Stephen. He confirmed he did have an office at 1110 Thorndale Road Bensenville, Illinois previously.

**Paul Swearingen**
13745 S. Venetian Ct.
Orland Park, IL 60467-1018

(312) 316-9383

Page two

Proceeding to 1023 Marion Avenue Highland Park, Illinois. Martin Block, husband to Tamara Block answered the door at this residence. Tamara Block was not home at this time. Martin Block the accepted the Subpoena For Records for his wife Tamara Block.

Proof Of Service for each served document has been signed and dated indicating proper service. As always, any questions you may have concerning this report. Please do not hesitate to contact me.

*Paul Swearingen*

Paul Swearingen

Sep. 12. 2013 12:10PM            No. 0201   P. 4

**C & E Legal Services, Inc.**
**1341 N. Delaware Avenue,**
**Suite 303**
**Philadelphia, PA**
**(215)739-7050**
**19125**

| | |
|---|---|
| Invoice Number: | 14299 |
| Account Code: | 987 |
| Invoice Date: | 6/11/13 |

GST/HST: 46-2573292

**Invoice Submitted To:**
SEGAL MCCAMBRIDGE SINGER & MAHONEY -
CHICAGO
Attn: 0
233 SOUTH WACKER DRIVE, Unit 5500
CHICAGO, IL
60606

**PAYABLE UPON RECEIPT**

**Comments:**
PLEASE REMIT PAYMENT TO:
C&E LEGAL SERVICE
1341 N. DELAWARE AVENUE
SUITE 303
PHILADELPHIA, PA. 19125

**Invoice Summary**

| | |
|---|---|
| Total Shipments: | 2 |
| Base Charges: | $410.00 |
| Order Discounts: | $0.00 |
| Net Charges: | $410.00 |

**Total Due:**    $410.00    USD

**Invoice Details**

Order No: 116445

| | | | |
|---|---|---|---|
| Service: | RUSH ONE WAY | Ship Date: 6/4/13 | Department: |
| Pcs: | 0 | | |
| Wt: | 0.00 Kgs | From: | To: |
| Delivered: | Jun 6 2013 10:48AM | SEGAL MCCAMBRIDGE SINGER & MAHONEY - | STACIE G KIRSCH |
| POD: | moved | CHICAGO | 101 S 14TH ST |
| BOL #: | | 233 SOUTH WACKER DRIVE 5500 | Longport NJ |
| | | CHICAGO IL | |

Reference: MERIX PHARM. VS CLINICAL SUPPLIES

| | |
|---|---|
| Base: | $245.00 |
| Pcs: | $0.00 |
| Wt: | $0.00 |
| | $0.00 |

Caller: DEBRA A. COSADONTE

Total:   $245.00

Other:

Order No: 116446

| | | | |
|---|---|---|---|
| Service: | RUSH ONE WAY | Ship Date: 6/4/13 | Department: |
| Pcs: | 0 | | |
| Wt: | 0.00 Kgs | From: | To: |
| Delivered: | Jun 4 2013 6:30PM | SEGAL MCCAMBRIDGE SINGER & MAHONEY - | JOHN MEENEN |
| POD: | personal | CHICAGO | 7 TOWNSHIP LINE |
| BOL #: | | 233 SOUTH WACKER DRIVE 5500 | HARLEYSVILLE PA |
| | | CHICAGO IL | |

Reference: MERIX PHARM. VS CLINICAL SUPPLIES

| | |
|---|---|
| Base: | $165.00 |
| Pcs: | $0.00 |
| Wt: | $0.00 |
| | $0.00 |

Caller: DEBRA A. COSADONTE

Total:   $165.00

Other:

**Paul Swearingen**                                                    (312) 316-9383
13745 S. Venetian Ct.
Orland Park, IL 60467-1018


21 June 2013


Segal McCambridge Singer & Mahoney
233 S. Wacker Drive, Suite 5500
Chicago, Illinois 60606


Dear Ms. Casadonte:

In reference to your file concerning Merix Pharmaceutical Corporation v. Clinical Supplies Management, Inc.. Report enclosed for your review. As always, any further assistance you may require. Please do not hesitate to contact me.



Service rendered:

6/20/13, Elk Grove Village, Illinois.                      $ 65.00
6/21/13, Addison, Illinois                                 $ 65.00




Total:  $ 130.00



Thank you,

*Paul Swearingen*

Paul Swearingen

Invoice details - PayPal



**Review your invoice**

**PayPal** 🔒 Secure Payments

**Status:** Pending  Pay now



**Invoice**

**Statewide Process Service, Inc**

Ed Ochoa
5727 NW 7TH STREET
SUITE 317
Miami, FL 33126
United States
Phone: 786-512-5440
Fax: 305-418-0784
statewideprocessservice@comcast.net
www.statewideprocessservice.com
TAX ID 61-1635277

| Invoice number | 0386 |
|---|---|
| Invoice date | 6/17/2013 |
| Payment terms | Due on receipt |
| Due date | 6/17/2013 |

**Bill To**

dcasadonte@SMSM.com
Segal McCambridge Singer & Mahoney, Ltd
233 S. Wacker Drive
Ste 5500
Chicago, IL 60606
United States

| Date | Description | Quantity | Unit price | Amount |
|---|---|---|---|---|
| 6/17/2013 | Service of Process - CALISO Corporation, 1840 Coral Way, Suite 600, Miami, FL 33145 | 1 | $60.00 | $60.00 |
| | Subtotal | | $60.00 | |
| | Total | | $60.00 USD | |

**Terms and conditions**

Prepayment required.

Pay | Print

Copyright © 1999-2013 PayPal. All rights reserved.



1219 11th Street, NW
Washington, DC 20001
202.398.4200
202.658.7925 FAX
www.samedayprocess.com
info@samedayprocess.com
FEIN#: 141937022

Segal McCambridge Singer &
Mahoney
233 South Wacker Drive, Suite
5500

Chicago, IL 60606

Invoice #:
31165

Date:
05/28/2013

## INVOICE FOR SERVICE

| | Your File# |
|---|---|
| Service #69606: Buchanan Ingersoll & Rooney, PC | Court Case #: 1:11−cv−03318 |
| Merix Pharmaceutical Corporation v. Clinical Supplies Management, Inc. | |
| Process Serving (within Beltway) | $75.00 |
| **TOTAL CHARGES:** | **$75.00** |
| **BALANCE:** | **$75.00** |

**You may submit payment with credit card online at www.samedayprocess.com/pay**

Make all checks payable to Same Day Process Service, Inc..

Please enclose a copy of this invoice with your payment.
Payment of this invoice is not contingent on reimbursement from your client.
If you have any questions concerning this invoice, contact
Brandon Snesko, 202.398.4200, info@samedayprocess.com

## Thank you for your business!

1

# Hester Process Service, Inc.

P.O. Box 37128
North Chesterfield, VA 23234
Phone: (804) 271-0298
Fax: (804) 271-4072
hester@l-c.net
www.hesterprocessservice.com

Debra A. Casadonte
Segal McCambridge Singer & Mahoney
233 South Wacker Drive, Suite 5500
Chicago, IL 60606

**INVOICE:** 26270
04/22/2013

Case No.: 1:11-cv-03318   **Crt Date:** 05/22/2013   **Received:** 04/15/2013   Completed: 04/18/2013
Job ID: 13-062224   **Crt Time:** 10:00 AM   **Reference:**   11:51 AM
Plaintiff: MERIX PHARMACEUTICAL CORPORATION
Defendant: CLINICAL SUPPLIES MANAGEMENT, INC.
Name Srvd Daniel M. Ennis, c/o The Institute for Perception, accepted by Maureen Ennis
Location: 7629 Hull Street Road, Suite 200, Richmond, VA

| Item | Qty. | Unit | Total |
|------|------|------|-------|
| Federal service, accepted by daughter and sec treasurer, white female, 30-35 years old, 5'8", 165 lbs, brown hair. Mr Ennis is out of town. | 1 | $35.00 | $35.00 |

|  | Total Fees | $35.00 |
|--|-----------|--------|
|  | Payment - | |
|  | Balance Due | $35.00 |

**Thank You!**

Payment due upon receipt of invoice.

WE NOW HAVE ONLINE STATUSES!
Thank you for choosing Hester Process Service.

**FEIN:** 54-1807680

3430

**C & E Legal Services**
**1341 N. Delaware Avenue,**
**Suite 303**
**Philadelphia, PA**
**(215)739-7050**
**19125**

| | |
|---|---|
| Invoice Number: | 14011 |
| Account Code: | 997 |
| Invoice Date: | 4/19/13 |

GST/HST: 232991592

Invoice Submitted To:
SEGAL MCCAMBRIDGE SINGER & MAHONEY -
CHICAGO
Attn: 0
233 SOUTH WACKER DRIVE, Unit 5500
CHICAGO, IL
60606

PAYABLE UPON RECEIPT

**Invoice Summary**

| | |
|---|---|
| Total Shipments: | 1 |
| Base Charges: | $95.00 |
| Order Discounts: | $0.00 |
| Net Charges: | $95.00 |

Comments:
PLEASE REMIT PAYMENT TO:
PFI FINANCIAL LLC
P.O. BOX 71268
PHILADELPHIA, PA. 19176-6268

7051- 622

**Total Due:** $95.00 USD

**Invoice Details**

Order No: 115327      Ship Date: 4/15/13      Department:

| | | Reference: MERIX V |
|---|---|---|
| | | CLINICAL SUPPLIES |

| | | | | |
|---|---|---|---|---|
| Service: | REGULAR ONE WAY | From: | To: | Base: $95.00 |
| Pcs: | 0 | SEGAL MCCAMBRIDGE SINGER & MAHONEY - | YORAM JERRY WIND | Pcs: $0.00 |
| Wt: | 0.00 Kgs | CHICAGO | 1041 WAVERLY ROAD | Wt: $0.00 |
| Delivered: | Apr 15 2013 3:32PM | 233 SOUTH WACKER DRIVE, 5500 | GLADWYNE PA | $0.00 |
| POD: | VARDINA WIND, WIFE | CHICAGO IL | | |
| BOL #: | | Caller: DEBRA A. COSADONTE | | Total: $95.00 |

Other:

---

Invoice #: 14011      SEGAL MCCAMBRIDGE SINGER & MAHONEY -
          CHICAGO      Thank You      Page 1 of 1

34 31

**C & E Legal Services**
**1341 N. Delaware Avenue,**
**Suite 303**
**Philadelphia, PA**
**(215)739-7050**
**19125**

| | |
|---|---|
| Invoice Number: | 14155 |
| Account Code: | 987 |
| Invoice Date: | 5/9/13 |

GST/HST: 232991592

**Invoice Submitted To:**
SEGAL MCCAMBRIDGE SINGER & MAHONEY -
CHICAGO
Attn: 0
233 SOUTH WACKER DRIVE, Unit 5500
CHICAGO, IL
60606

**PAYABLE UPON RECEIPT**

**Invoice Summary**                                Comments:

| | |
|---|---|
| Total Shipments: | 1 |
| Base Charges: | $145.00 |
| Order Discounts: | $0.00 |
| Net Charges: | $145.00 |

7051- 622

**Total Due:**    $145.00    USD

**Invoice Details**

Order No: 115811                Ship Date: 6/8/53        Department:              Reference: merix phom v
                                                                                  clinical supplies

| | | | | | |
|---|---|---|---|---|---|
| Service: | REGULAR ONE WAY | From: | To: | Base: | $145.00 |
| Pcs: | 0 | SEGAL MCCAMBRIDGE SINGER & MAHONEY - | JOHN Maanen and Stacie kirsch | Pcs: | $0.00 |
| Wt: | 0.00 Kgs | CHICAGO | 1580 industry road | Wt: | $0.00 |
| Delivered: | May 9 2013 9:00AM | 233 SOUTH WACKER DRIVE 5500 | Hatfield PA | | $0.00 |
| POD: | SERVED | CHICAGO IL | | | |
| BOL #: | | Caller: DEBRA A. COSADONTE | | Total: | $145.00 |
| Other: | | | | | |

**Paul Swearingen**
13745 S. Venetian Ct.
Orland Park, IL 60467-1018

(312) 316-9383

17 April 2013

Segal McCambridge Singer & Mahoney
233 S. Wacker drive, Suite 5500
Chicago, Illinois 60606

Dear Mr. Jagadich:

In reference to your file concerning Merix Pharmaceutical Corporation v. Clinical Supplies Management, Inc.. Report enclosed for your review. As always, any further assistance you may require. Please do not hesitate to contact me.

Service rendered:
One S. Wacker Drive Chicago, Illinois
1023 Marion Drive Highland Park, Illinois

Three hours & 97 miles:                    Fee: $ 130.00

Thank you,

*Paul Swearingen*

Paul Swearingen

**Paul Swearingen**                                   (312) 316-9383
13745 S. Venetian Ct.
Orland Park, IL 60467-1018

17 April 2013

Segal McCambridge Singer & Mahoney
233 S. Wacker drive, Suite 5500
Chicago, Illinois 60606

Dear Mr. Jagadich:

In reference to your file concerning Merix Pharmaceutical Corporation v. Clinical Supplies Management, Inc.. After receiving documents to be served on Craig Elson and Martin Block. On 4/15/13, I called the office number for Martin Block ( 847 432-2581 ). I had been to the residence of Martin Block a couple of years ago at 1023 Marion Avenue Highland Park, Illinois. When I attempted service at that location on a previous date during the daytime, occupants were not home and I was required to return in the evening hours.

I left a message on his answering device. Martin Block called me back later that day. He stated, someone would be on the premises on 4/16/13.

On 4/16/13, I proceeded to One S. Wacker Drive, Chicago. At this location Craig Elson was handed a subpoena with attachments.

Proceeding to 1023 Marion Drive Highland Park, Illinois. Occupants at this residence were not home at 1:20 p.m. this date. I then left the subpoena with attachments in an envelope and placed the envelope in the mailbox which is attached to the house near the front door at this residence.

From this location I called the Block Research number ( 847 432-2581 ) again and left a message for Martin Block. Later that evening Martin Block returned my call and stated he had received the envelope with documents I left for him at his residence.

Return ( Proof Of Service ) has been signed and dated. If there is a problem with service on Martin Block, please advise and I will return to his residence in the evening hours.

As always, any questions you may have concerning this report. Please do not hesitate to contact me.

Paul Swearingen

# INVOICE

U.S. Legal Support, Inc.
200 W. Jackson Blvd. Suite: 600
Chicago, IL 60606
Phone:312-236-8352   Fax:312-236-3344

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 845550 | 2/13/2013 | Due Upon Receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 445088.002 | 1/14/2013 | 2011 CV 3318 |
| **Case Name** | | |
| Merix Pharmaceutical Corporation vs. Clinical Supplies Management, Inc. | | |
| **Records Pertaining To** | | |
| Merix Pharmaceutical Corporation | | |

Brian Eldridge
Segal, McCambridge, Singer & Mahoney, Ltd.
233 South Wacker Drive Suite 5500
Chicago, IL 60606

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Comcast Communications, L.L.C.<br>Custodian of Records<br>650 Centerton Road<br>Morristown, NJ 08057 | Brian Eldridge<br>Segal, McCambridge, Singer & Mahoney, Ltd.<br>233 South Wacker Drive Suite 5500<br>Chicago, IL 60606 | Client Matter No.: 7051-622<br>Claim No.:<br>Insured:<br>D/O/L: |

| | |
|---|---|
| Merix Pharmaceutical Corporation (Phone Records) | 30.00 |
| Witness Fee | 25.00 |
| Rush Service | 45.00 |
| Base Charge - Subpoena | 0.00 |
| Special Memo | |

|  |  |
|---|---|
| TOTAL DUE  >>> | **$100.00** |
| AFTER 3/30/2013  PAY | $110.00 |
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$100.00** |

**Tax ID:** 76-0523238

Phone: 312-645-7800    Fax:312-645-7711

*Please detach bottom portion and return with payment.*

Brian Eldridge
Segal, McCambridge, Singer & Mahoney, Ltd.
233 South Wacker Drive Suite 5500
Chicago, IL 60606

| | | |
|---|---|---|
| Invoice No. | : | 845550 |
| Invoice Date | : | 2/13/2013 |
| **Total Due** | : | **$ 100.00** |

| | | |
|---|---|---|
| Order No. | : | 445088.002 |
| BU ID | : | 1-MAIN |
| Case No. | : | 2011 CV 3318 |
| Case Name | : | Merix Pharmaceutical Corporation vs. Clinical Supplies Management, Inc. |

Remit To: **U.S. Legal Support Inc.**
**Mite/IL Records**
**75 Remittance Dr., Ste 6098**
**Chicago, IL 60675-6098**

JAN 29 2012

# INVOICE

U.S. Legal Support, Inc.
200 W. Jackson Blvd. Suite: 600
Chicago, IL 60606
Phone:312-236-8352  Fax:312-236-3344

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 841003 | 1/25/2013 | Due Upon Receipt |

| Order No. | Order Date | Case No. |
|---|---|---|
| 445088.001 | 11/28/2012 | 2011 CV 3318 |

| Case Name |
|---|
| Merix Pharmaceutical Corporation vs. Clinical Supplies Management, Inc. |

| Records Pertaining To |
|---|
| Merix Pharmaceutical Corporation |

Brian Eldridge
Segal, McCambridge, Singer & Mahoney, Ltd.
233 South Wacker Drive Suite 5500
Chicago, IL 60606

| Records From | Ordered By | Reference Info. |
|---|---|---|
| AT & T Subpoena Center<br>Custodian of Records<br>308 South Akard Street 14th Floor<br>Dallas, TX 75202 | Brian Eldridge<br>Segal, McCambridge, Singer & Mahoney, Ltd.<br>233 South Wacker Drive Suite 5500<br>Chicago, IL 60606 | Client Matter No.: 7051-622<br>Claim No.:<br>Insured:<br>D/O/L: |

Merix Pharmaceutical Corporation (Phone Records)

| | |
|---|---|
| Base Charge - Subpoena | 45.00 |
| Upload Fee | 10.00 |
| Special Memo | 0.00 |
| **TOTAL DUE >>>** | **$55.00** |
| AFTER 3/11/2013 PAY | $60.50 |
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| **(=) New Balance:** | **$55.00** |

Tax ID: 76-0523238                                   Phone: 312-645-7800   Fax:312-645-7711

*Please detach bottom portion and return with payment.*

Brian Eldridge
Segal, McCambridge, Singer & Mahoney, Ltd.
233 South Wacker Drive Suite 5500
Chicago, IL 60606

| | | |
|---|---|---|
| Invoice No. | : | 841003 |
| Invoice Date | : | 1/25/2013 |
| **Total Due** | **:** | **$ 55.00** |

Remit To: **U.S. Legal Support Inc.**
**Mite/IL Records**
**75 Remittance Dr., Ste 6098**
**Chicago, IL 60675-6098**

| | | |
|---|---|---|
| Order No. | : | 445088.001 |
| BU ID | : | 1-MAIN |
| Case No. | : | 2011 CV 3318 |
| Case Name | : | Merix Pharmaceutical Corporation vs. Clinical Supplies Management, Inc. |

2448

| SOLD TO | Segal eMe Cambridge | | | SHIPPED TO | Keti Bodenstein | | |
|---|---|---|---|---|---|---|---|
| ADDRESS | | | | | | | |
| CITY, STATE, ZIP | | | | ADDRESS | 5 Bisbee CT. #207 | | VIA |
| | | | | CITY, STATE, ZIP | Santa Fe NM 8508 | | Invo |

| CUSTOMER ORDER NO. | | SOLD BY | | TERMS | | F.O.B. | | DATE | |

| 1 | NON Serve | | | | | | | | 45 00 |
| | | | | | | Tax | | | 3 % |
| | | 1:11 CV-03315 (USDC, ND IL) | | | | | | | |
| | | Thank You | | | | | | | |

08160

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.  1:11-cv-03318

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*   Dr. David Riley

was received by me on *(date)* _____

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____  on *(date)* _____ ; or

☑ I returned the subpoena unexecuted because: *According to employee in office at Given address, Dr. Riley No longer works there*

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$   *48.96*

My fees are $  *48.96*   for travel and $  *0*   for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date:  *7/23/12*            *K. B_____*
                                Server's signature

                    *Kate Bodenhaus - Server*
                                Printed name and title

                    *5 Bisbee CT. #207 Santa Fe, NM 82508*
                                Server's address

Additional information regarding attempted service, etc:

STATE OF *New Mexico* } SS
COUNTY OF *Santa Fe*
The foregoing instrument was acknowledged
before me this  *23*  day of *July*, 20*12*
By  *Kate Bodenhaus Server*
    _____
            NOTARY PUBLIC
My Commision Expires  *06/17/2013*

OFFICIAL SEAL
Frederick D. Varona
NOTARY PUBLIC - STATE OF NEW MEXICO
My commission expires: *06/17/2013*

# INVOICE

The Browning Group
P.O. Box 6173
Harrisburg, PA 17112
Phone: (717) 439-6822

**DATE:** July 23, 2012
**INVOICE #:** 034
**Customer ID** Segal

**BILL TO:**

Mr. Brian Eldridge
c/o Ms. Tacy Bowman
233 South Wacker Drive
Suite 5500
Chicago, IL 60606



| DESCRIPTION | AMOUNT |
|---|---|
| Process Service: (1) Document served on Penncorp Services 600 North 2nd Street Harrisburg, Pa 17101 – Registered Agent for LECG, LLC | $65.00 |
| | |
| | |
| | |
| | |

| | |
|---|---|
| SUBTOTAL | $65.00 |
| TAX RATE | N/A |
| TAX | $0.00 |
| OTHER | N/A |
| **TOTAL** | **$65.00** |

**OTHER COMMENTS**

1. Total payment due upon receipt
2. Please include the invoice number on your check

**Make all checks payable to**
**The Browning Group**
**P.O. Box 6173 Harrisburg, Pa. 17112**

 

# INVOICE

Invoice #CLU-2012003354
7/19/2012





Segal McCambridge Singer & Mahoney
233 South Wacker Drive
Suite 550
Chicago, IL 60606

**Send Payments To:**
**Courthouse Courier**
**1032 S. 2nd Street**
**Springfield, IL 62704**
**Phone: (217) 528-5997**
**61-1446230**

Reference Number: 7051-622

**Case Number: 1:11-CV-03318**

Plaintiff:
**Merix Pharmaceutical Corporation**

Defendant:
**Clinical Supplies Management, Inc., et al.**

Received: 7/19/2012   Served: 7/19/2012 11:48 am  AUTHORIZED
To be served on: Tns Media Intelligence

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee | 1.00 | 45.00 | 45.00 |
| TOTAL CHARGED: | | | $45.00 |

**BALANCE DUE:**

$45.00

Please enclose a copy of this invoice with your payment.
IL. Detective Agency License No. 117-001206

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m